IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Urban League, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00471 |

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

The Government respectfully submits this response to the Court's February 19, 2025, Minute Order to show cause related to the assignment of this case. The Government maintains that this action is not related to *National Council of Nonprofits v. Office of Management and Budget*, No. 25-CV-239 (LLA), for purposes of Local Civil Rule 40.5(a)(3).

Under Local Civil Rule 40.5(a)(3), cases are properly deemed related when they "(i) relate to common property, or (ii) involve common issues of fact, or (iii) grow out of the same event or transaction or (iv) involve the validity or infringement of the same patent." "The party requesting related-case designation and seeking to avoid random assignment bears the burden of showing that the cases are related under a provision of Local Civil Rule 40.5." *Autumn Journey Hospice, Inc. v. Sebelius*, 753 F. Supp. 2d 135, 140 (D.D.C. 2010) (internal quotation marks and citation omitted). Plaintiffs have not met that burden.

As the Court noted in its February 19, 2025, Minute Order, "'the mere presence of overlapping parties is not among the bases for a related-case designation.'" February 19 Minute Order (quoting *Klayman v. Porter*, No. 20-CV-3109, 2021 WL 1668067, at *2 (D.D.C. Apr. 28, 2021) (internal quotation marks and citation omitted)). Whereas the focus of the claims in *National*

-1-

*Council of Nonprofits* is a challenged Office of Management and Budget memorandum (M-25-13), this lawsuit focuses on three Executive Orders: Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing," Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," and Executive Order 14,173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity."

Plaintiffs urge this Court to treat the cases as related, arguing that both lawsuits target "the government's actions with respect to its implementation of certain executive orders," ECF 11, at 6, and "share the same 'ultimate goal,'" *id.* at 8. But "such connections are too attenuated for the cases to be properly deemed related." Order at 3, *AIDS Vaccine Advocacy Coalition v. Department of State*, No. 25-CV-00400-LLA (D.D.C. Feb. 11, 2025). At bottom, the two lawsuits "are brought by different plaintiffs against almost entirely different sets of defendants, and each challenges … discrete polic[ies]." *Id.* Indeed, Plaintiffs even admit that "the instant lawsuit alleges more claims than *National Council for Nonprofits*." ECF 11, at 7. "There is thus no reason to think that the 'underlying facts' that the court must consider will 'themselves . . . be common.'" Order at 3, *AIDS Vaccine Advocacy Coalition* (quoting *Dakota Rural Action v. U.S. Dep't of Agric.*, No. 18-CV-2852, 2019 WL 1440134, at *2 (D.D.C. Apr. 1, 2019)).

The Government respectfully requests that the Court deny Plaintiffs' motion.

Dated: February 20, 2025

                                            Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Principal Deputy Assistant Attorney General

                                            JOSEPH E. BORSON
                                            Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*