# EXHIBIT A



*2024*

A National Urban League Publication
**stateofblackamerica.org**



# The Civil Rights Act of 1964

*60 Years Later*



## About the National Urban League

The National Urban League is a historic civil rights and urban advocacy organization. Driven to secure economic self-reliance, parity, power and justice for our nation's marginalized populations, the National Urban League works toward economic empowerment and the elevation of the standard of living in historically underserved urban communities.

Founded in 1910 and headquartered in New York City, the National Urban League has improved the lives of more than three million people each year nationwide through direct service programs run by 92 affiliates serving 300 communities in 37 states and the District of Columbia.

The National Urban League also conducts public policy research and advocacy work from its Washington, D.C., bureau. The National Urban League is a BBB-accredited organization and has earned a 4-star rating from Charity Navigator, placing it in the top 10% of all U.S. charities for adhering to good governance, fiscal responsibility, and other best practices.

## CONTENTS

03  About *State of Black America*°

04  Understanding the 2024 Equality Index™

06  From the President's Desk

08  Overview of the 2024 Equality Index™

10  The Fight for a More Just Nation

11  A Land Divided Over Liberty and Justice for All

14  America's Magna Carta

16  The Attack on the Civil Rights Act of 1964

18  A Coordinated Response

20  The Biden Progress Report

24  Our Contributors

27  National Urban League Affiliates

**PUBLISHER**
Marc H. Morial

**MANAGING DIRECTOR**
Tara Thomas

**EXECUTIVE EDITOR**
Teresa Candori

**RESEARCH PARTNERS**
Lawyers' Committee for Civil Rights Under Law
NAACP Legal Defense Fund

**EDITORIAL DIRECTOR**
Michael Tomlin-Crutchfield

**CREATIVE DIRECTOR**
Rhonda Spears Bell

**DESIGN**
Untuck

⊗ NATIONAL URBAN LEAGUE

# About *State of Black America*®



**SCAN TO READ
THE FULL REPORT.**

Since its first appearance in 1976 under the stewardship of the late Mr. Vernon E. Jordan Jr., the organization's fifth president, the *State of Black America*® remains one of the most highly-anticipated benchmarks and sources for thought leadership around racial equality in America.

The report explores the inequities across America's economics, employment, education, health, housing, criminal justice, and civic participation systems through research and the words of our contributors.

Each edition contains penetrating commentary and insightful analysis from recognized authorities and leading figures in politics, the corporate and tech sectors, the nonprofit arena, academia, and popular culture.

In the 48th edition of the report, we've decided to reflect on a landmark piece of legislation that transformed everyday life in America and gave us a reason to create this report: the Civil Rights Act of 1964.

For Black Americans, the Civil Rights Act of 1964 was the first time that the United States government honored the promises in the Declaration of Independence and addressed the racial caste system that had been protected for centuries by unjust laws and systemic racism.

The law, in many ways, answered the calls of March on Washington by banning discrimination in the workplace, in our housing system, and in programs funded by the government, and marked the death of the Jim Crow South.

Sixty years later, the fight for equality is far from over.

We have a Supreme Court that has dismantled Affirmative Action, threatening equitable access to higher education and diversity and equity initiatives that make our workplaces safer and more accessible for people from all backgrounds.

States across the country are dictating who gets to vote in elections by enforcing ID laws and requirements that make it harder for marginalized people to participate in the Democratic process.

And we have a Congress that allows extremist members to hold our country hostage by refusing to pass critical spending bills unless their anti-civil rights agenda is met. This movement has infiltrated our courts and state houses, threatening civil rights at every level of government.

Our contributing authors use their experiences as elected officials, civil rights advocates, and esteemed academics to paint a picture of American life before the Civil Rights Act of 1964 as they analyze how each title created the country we know today. They also unpack the threats to the freedoms protected by the law and share their perspective on strengthening civil rights protections for the 21st century.

It is not the time to be silent. We cannot stand by while this law is stripped of its power by those who oppose progress. This fight is one for our future, our legacy, and the soul of this country. We urge you to join us in it today.

Head to the *State of Black America* website to access the 2024 *State of Black America* suite of offerings—including author essays, data, expert analysis, and a ready-for-download version of this executive summary.

*stateofblackamerica.org*

# Understanding *the* 2024 Equality Index™

## Why does the National Urban League publish an Equality Index?

Economic empowerment is the central theme of the National Urban League's mission. The Equality Index gives us a way to document progress toward this mission for Black Americans relative to whites.

## What is the Equality Index trying to do?

The Equality Index uses pie charts to show how well Black Americans are doing in comparison to whites when it comes to their economic status, their health, their education, social justice, and civic engagement. The Equality Index measures the share of that pie which Black Americans get. Whites are used as the benchmark because the history of race in America has created advantages for whites that continue to persist in many of the outcomes being measured.

## The 2024 Equality Index of Black America is 75.7%. What does that mean?

That means that rather than having a whole pie (100%), which would mean full equality with whites in 2024, African Americans are missing about 24% of the pie.

## How is the Equality Index calculated?

The categories that make up the Equality Index are: economics, health, education, social justice and civic engagement. In each category, we use nationally representative statistics to calculate a sub-index that captures how well Black Americans are doing relative to whites. Each category is weighted based on the importance that we give to each. The weighted average of all five categories is then calculated to get the total Equality Index.

## Is it possible to see how well Black Americans are doing in each of the categories?

Yes. We show this in the tables included with the Equality Index. We estimate an index for each category that can be interpreted in the same way as the total Equality Index. So, an index of 66% for the economics category for 2024 means that Black Americans are missing over a third of the economics mini-pie. Figure 1 summarizes the total 2024 Equality Index and the sub-index in each category.

## Is it possible to see how well Black Americans are doing over time?

Yes. The National Urban League has published the Equality Index of Black America and all the variables used to calculate it since 2005.

## It doesn't look like there's been much improvement in the Equality Index. What's the point?

The Equality Index is made up of a lot of different parts. Improvements in one area are sometimes offset by losses in another area, leaving the overall index unchanged. Change often happens slowly. The Equality Index offers solid evidence of just how slowly it happens, making the index an indispensable tool for shaping the policies needed in the ongoing fight against inequality.

## Not all Black Americans are doing poorly and not all whites are doing well. Why doesn't the Equality Index capture class differences?

The Equality Index was created to capture racial inequality. Most of the data points are reported as averages for Black Americans and whites. An average is the easiest way to summarize a large amount of information, but can mask class differences within each group. While the Equality Index does not detail class differences, it does highlight regional differences in racial inequality through our rankings of metro area unemployment and income inequality (not included this year but available for prior years).





# The 2024 Black-White Index

**75.7%**

## Equality Index Breakdown

**Key / Weighted Index Categories**



| ● Economics | ● Health | ● Education | ● Social Justice | ● Civic Engagement |
|-------------|----------|-------------|------------------|--------------------|
| 30% | 25% | 25% | 10% | 10% |

**Figure 1. Black–White Equality Index Broken Down by Category**



Economics
65.6%

Health
88.6%

Education
74.8%

Social Justice
55.7%

Civic Engagement
95.6%

**75.7%**



## FROM THE
# President's Desk

*Marc H. Morial*

**PRESIDENT & CEO,
NATIONAL URBAN LEAGUE**

A more abiding commitment to freedom.

A more constant pursuit of justice.

A deeper respect for human dignity.

These were the promises of the Civil Rights Act of 1964, as expressed by President Lyndon Johnson when he signed the bill into law.

This year marks the 60th anniversary of that landmark legislation, but the journey toward racial justice in the United States is older than the nation itself, and nowhere near complete.

No issue in history has met with more resistance in the United States Congress than civil rights. The first Civil Rights Act, which established full citizenship for formerly enslaved Americans, was vetoed twice by President Andrew Jackson. Congress finally overrode the veto with a two-thirds majority in each chamber, allowing the bill that supported the 13th Amendment to become law.

Civil Rights Act of 1875, providing equal access to "accommodations, advantages, facilities, and privileges of inns, public conveyances on land or water, theaters, and other places of public amusement,"

took five years to pass. It was taken up as a memorial after its author, Senator Charles Sumner of Massachusetts, passed away, and only after it was stripped of a provision to desegregate schools. The Act was poorly enforced, and the Supreme Court overturned it in 1883.

For the next eight decades, Congress failed to enact a single measure to enforce civil rights. The next one to pass, a watered-down voting rights bill in 1957, was more notable for Senator Strom Thurmond's record-setting 24-hour, 18-minute filibuster than for anything it accomplished.

The Civil Rights Act of 1964 also set a filibuster record, proceeding to a vote only after a 60-day debate.

Resistance to racial justice persisted—and still persists—in the years following 1964, but for the first time in the nation's history, the federal government at last had the tools to enforce the principles of racial equality and inclusion.

In the wake of the uprising triggered by George Floyd's murder in 2020, the nation now finds itself swept into a backlash that presents the gravest threat to the Civil Rights Act in its relatively short history.

The Civil Rights Act has been transformative in changing American life in a material way. Doors have been opened, and new access has been achieved. But the promise of full equality, as this year's Equality Index indicates, is still elusive.

Our "abiding commitment to freedom" is undermined by discriminatory voter ID laws, gerrymandering, the shuttering of polling places in predominantly minority neighborhoods, limits on early voting, and reckless purging of voter rolls.

Our "pursuit of justice" is derailed by persistent racism in policing and sentencing, the dismantling of diversity and inclusion policies in employment and education, and lack of access to financial services, housing and healthcare.

Our "respect for human dignity" is called into question by an unraveling social safety net, a poverty-level federal minimum wage, and other economic policies that uplift the wealthy at the expense of working families.

⊛ NATIONAL URBAN LEAGUE

Dr. Martin Luther King Jr. called the Civil Rights Act of 1964 a "second emancipation." The first emancipation freed us from slavery. The second, from legal segregation. Today, we must strive for a third emancipation, uprooting the deep racial divisions that remain embedded in our institutions so we can live according to the ideals the Civil Rights Act represents.

# Overview *of the* 2024 Equality Index™

## AN INTRODUCTION



by Rhonda Vonshay Sharpe, Ph.D.,
PRESIDENT & FOUNDER, THE WOMEN'S INSTITUTE
FOR SCIENCE, EQUITY AND RACE

It has been 20 years since the first Equality Index was created under the guidance of Marc Moral and the leadership of the National Urban League in 2004. The intent of the Equality Index, then and now, is to "...compare the conditions between Whites and Blacks in America." The data in this year's index captures the progress of Black Americans since the year 2000 and recognizes the 60th Anniversary of the Civil Rights Act of 1964.

For centuries during the Transatlantic Slave Trade, in addition to not being considered or counted as Americans, Blacks were not seen as human. It wasn't until 1787, with the passage of the 3/5ths Compromise, that Black Americans were counted at all, making up 3/5 of a person for purposes of taxation and state representation in Congress. In today's terms, that would be an Index value of 0.60.

The 13th Amendment was ratified in 1865 to correct this injustice in the Constitution. However, it was not sufficient to eradicate the structural racism that underpins the lived experiences of African Americans.

Even the Civil Rights Act of 1964—targeting specific policies and practices that hindered African Americans and others from full participation in America's economic and social systems—did not raise the Equality Index to 1, full equality with Whites.

Today, 237 years after the passage of the 3/5ths Compromise, the 2024 Equality Index value is 0.76. While that is greater than 0.60 (the 3/5 of person value), it is still short of full equality. This year is the 60th Anniversary of the passing of the Civil Rights Act—a historically significant moment to discuss the Equality Inequality Index and the progress African Americans have made given the seven Titles of the Act.



2022    73.9%    2024    75.7%

*The 2024 Equality Index of Black America stands at 75.7%, an improvement of 1.8 percentage points from the 2022 index of 73.9%.*

**TITLE I: Discriminatory Voting Tactics**

Title I barred unequal application of state voter registration requirements for federal elections. The Civic Engagement sub-index is divided into four categories—the Democratic Process (0.40), Volunteerism (0.30), Collective Bargaining (0.20), and Government Employment (0.10). Of these categories, the democratic process is directly affected by Title I. In 2020, 69 percent of Black Americans were registered to vote, an increase from 64.3 percent in 2000. Moreover, 62.6 percent of Black Americans voted in 2020, compared to 54.1 percent in 2000. The index for the percentage of Actual Voters was 90 percent in 2000, which increased to 92 percent in 2020. There was a slight improvement in the Registered Voters index, 93 percent in 2020, up from 92 percent in 2000. It is important to note that 2000 was an election year in which the presidential election (Bush vs. Gore) was so close that it resulted in a Supreme Court intervention. In contrast, the 2020 election (Biden vs. Trump) resulted in storming of the U.S. Capitol in an attempt to overturn the election.

Midterm elections have lower registration and voting rates than general elections. In 2022, the percentage of Blacks registered to vote was 60.2 percent, down from 62.4 percent in 2002. The percentage of Blacks who voted in 2022 was 42.3 percent, down from 54 percent in 2002. Similarly, the Actual Voters index was also 84 percent in 2022, down from 95 percent in 2002, a decrease of 11 percentage points.

**TITLE IV: Desegregation of Public Schools and Colleges**

Title IV authorized the U.S. Attorney General to investigate equal protection denials and take legal action to enforce *Brown v. Board of Education*; it also allowed the Secretary of Education to provide funding for desegregation efforts. Title IV is the mechanism to achieve growth in the Education sub-index, which has eight categories

measuring key educational factors, from enrollment to student-achievement risk factors. The Education sub-index is 8.5 percentage points higher in 2024 (74.8 percent) than in 2000 (66.3 percent).

It has been seventy years since the U.S. Supreme Court ruled in *Brown v. Board of Education* that "separate but equal" education was unconstitutional. Nevertheless, today, Black students are still more likely to attend schools with less qualified teachers. In 2023, Black students were more likely to have uncertified teachers (4.9 percent) compared to white students (2.1 percent). Additionally, Black students were more likely to have inexperienced teachers (less than three years of experience) compared with white students (15.2 percent vs. 8.9 percent).

But there is good news. The percentage of Blacks who dropped out of high school dropped from 13.1 percent in 2000 to 3.9 percent in 2024.

The index for this metric was 113 percent in 2024 compared to 53 percent. Moreover, decreasing the percentage of Black high school dropouts positively affects college enrollment. In 2024, the college enrollment gap between Black and White men is only 2.4 percentage points, and Black women have a higher college enrollment percentage than Black or White men. However, a higher enrollment rate for Black women should not be interpreted as Black women are the most educated group. Enrollment in college does not mean college completion.

### TITLE V: Reauthorization of the U.S. Commission on Civil Rights

The U.S. Commission on Civil Rights is an independent, bipartisan federal agency created to inform national civil rights policy development, enforce federal civil rights laws, and investigate allegations of voter suppression. In November 2023, the commission began investigating the federal government's role in collecting data to identify racial and ethnic disparities in violent crime victimization. Such investigations directly affect the Social Justice sub-index, which has two components— equality before the law (.70) and victimization and mental anguish (.30). Since 2000, the Social Justice sub-index has doubled, from 26.2 percent in 2000 to 55.7 percent in 2024—noteworthy progress.

The incarceration rate (prisoners per 100,000) for Blacks was 3,662 in 2000 (the index was 13 percent). In 2024, the incarceration rate was 558, 6.5 times smaller, a 29 percent index. An increase in this index means fewer Black prisoners are incarcerated for every White prisoner. The incarceration rate is a good proxy for equality under the law. The decrease in the number of victims aged 12 or older of violent crimes was significant enough for Blacks to go from an index of 50 percent in 2000 to 110 percent in 2024. Black youth are now less likely to be victims of violent crimes than Whites.

### TITLE VI: Discrimination by Recipients of Federal Financial Assistance

Under Title VI, Blacks gained equal access to federally funded hospitals for health care. Section 1557 requires any healthcare provider receiving funding to treat all patients. Although less than 1, the 2024 Health sub-index is 88.6 percent, a slight increase from 87.9 percent in 2000.

A historical view of the health sub-index shows improvements in Age-Adjusted Death Rates (AADR). The 2000 AADR index was 50 percent—meaning that even after adjusting mortality rates for age, Blacks were twice as likely to die as Whites. However, the 2024 AADR index for Blacks was 120 percent, which means that Blacks were less likely to die than Whites. However, despite this progress, the life expectancy of Blacks is still lower than that of Whites by almost 5.5 years.

### TITLE VII: Discrimination in Employment

Title VII of the Civil Rights Act of 1964 opened employment opportunities for Black Americans, particularly those residing in the *de jure* Jim Crow South. It outlawed employment discrimination based on race, color, religion, sex, or national origin by businesses affecting commerce with at least twenty-five employees.

However, despite some progress, economic inequality between Black and White households persists decades later. For example, after adjusting for inflation, Black men earned $91 less per week, and Black women made $72 less per week in 2024 compared to 2000. In 2000, Black men earned 75 cents for every dollar earned by a White man; by 2024, this figure had decreased to 71 cents. Similarly, Black women made 84 cents for every dollar earned by a White woman in 2024, slightly less than the 86 cents per dollar earned in 2000.

The median household income for Black Americans increased from $28,700 ($51,422.96 in 2023 dollars) in 2000 to $51,374 in 2024 ($54,821 in 2023 dollars), indicating a positive trend. However, the median income index, which measures the income gap between Black and white households, only increased from 63 percent in 2000 to 64 percent in 2024. Hence, Black households had 64 cents for every White household dollar.

Increased earnings and tax credits aimed at helping families reduced the number of Black families in poverty in 2024 relative to 2000. All of the Poverty sub-indices were below 40 percent in 2000. In 2024, these sub-indices were all above 40 percent. The indices for the percentage of Blacks under 18 years of age and 18–64 years of age living in poverty both increased by 31 and 29 percentage points, respectively.

Furthermore, the homeownership index decreased from 64 percent in 2000 to 61 percent in 2024, while the wealth index remained at 16 percent. The persistent economic inequality can be traced to the stubborn unemployment gap. In 2000, the unemployment rate for Black Americans was 7.6 percent, which was more than twice the unemployment rate of white Americans (3.5 percent.) In 2022, during the COVID-19 pandemic, Black unemployment was 8.3 percent compared to 4.4 percent for White Americans. Six months after the pandemic "ended" (November 2023), White unemployment decreased to 3.3 percent, while Black unemployment remained higher at 5.8 percent. January 2024, the most recent unemployment data, reports that 3.4 percent of Whites are unemployed compared to 5.3 percent of Blacks.

The Economic index was 66 percent in 2024, up from 59.8 percent in 2000. This 5.8 percentage point increase resulted from better wealth measures, a lower unemployment and household income gap, and reduced poverty rates.

### Conclusion

The Civil Rights Act of 1964 played a pivotal role in eliminating legislation and policies that obstructed the full participation of Black Americans in the country's economic and social activities. It led to better employment opportunities, more equitable access to education, and fairer treatment in the healthcare and judicial systems. The racial-equity progress chronicled in the *State of Black of America* Equality Index that the Civil Rights Act of 1964 has been chipping away at structural racism, but gaps still remain. How long will Black Americans wait until the Equality Index is 1?

# The Fight *for a* More Just Nation



- **A Land Divided Over Liberty *and* Justice *for* All**

- **America's Magna Carta**

- **The Attack *on the* Civil Rights Act *of* 1964**

- **A Coordinated Response**

# A Land Divided Over Liberty *and* Justice *for* All

Around the world, America is the symbol of freedom. It's a nation where every one of its citizens has the opportunity to create a life of their choosing and has an equal say in how it is governed and its future by simply casting a ballot.

America is a country where you and I can choose where we want to live, where we send our children to school, where we visit for vacation, what restaurants we'd like to visit, and where we can sit.

But that hasn't always been the case.

America is heralded as a beacon of freedom, democracy, and equality, but its history of 400 years of slavery and the formation of a racial caste that followed the Civil War is too often overlooked in its legacy.

Far too many Americans today see the roots of injustice and inequality as relics of the past. With the freedoms that we enjoy today, it is easy to leave Slavery, Jim Crow, and the fight for civil rights in textbooks, museums, and Hollywood adaptations of American history.

We forget that those freedoms were not given to us, and the fight is far from over.

Political forces across this country are working tirelessly to gut the Civil Rights Act of 1964 through the courts and the ballot box.

Before we walk through what is at stake today, we want to remind you of what life in America looked like before the landmark legislation passed just 60 years ago.

*We forget that those freedoms were not given to us, and the fight is far from over.*

## Life Before the Civil Rights Act

### "An Act to protect all Persons in the United States in their Civil Rights" Civil Rights Act of 1866[1]

At the close of the Civil War in 1865, the United States ratified the 13th Amendment, which outlawed slavery in all 50 states. In 1866, Congress introduced the nation's first civil rights law, the Civil Rights Act of 1866, which gave every person born in the United States the privilege of American citizenship and stated that all citizens are entitled equal protection under the law. Despite being vetoed by President Andrew Johnson, Congress decided to override it and make it the law of the land. The law also became the blueprint for the 14th Amendment.

**1866**

### "Separate, but Equal": The Decision of *Plessy v. Ferguson*[4]

Some of the earliest Jim Crow laws made it illegal for Black train passengers to share a car with white passengers. The first law was introduced in Florida in 1887, and Louisiana adopted another in 1890. Two years later, a group of Black men from New Orleans successfully challenged the law and won.

Their victory was put to the test when a biracial man by the name of Homer Plessy was forcibly removed from a predominantly white train car. Plessy took his discrimination case to the Supreme Court for a final appeal.

What happened next in the decision of *Plessy v. Ferguson* was a Supreme Court precedent for the entire country: segregation was officially the law of the land.

**1896**

**1875**

### An Attempt at Restoring Humanity: The Civil Rights Act of 1875[2]



Years after the passage of the Civil Rights Act of 1866, Jim Crow laws effectively stripped all of its meaning. Across the nation, Black Americans were barred from attending schools, accessing public accommodations, and sharing space with White Americans.

The Civil Rights Act of 1875 promised "the full and equal enjoyment of any of the accommodations, advantages, facilities, and privileges of inns, public conveyances on land or water, theaters and other places of public amusement; subject only to the conditions and limitations established by law, and applicable alike to citizens of every race and color."

**1883**

### The First Loss in the Fight Against Racial Discrimination in America: The Striking Down of the Civil Rights Act[3]

The Supreme Court declared the Civil Rights Act of 1875 unconstitutional, ruling that the 14th Amendment did not give Congress authority to prevent discrimination by private individuals and that any protections from racially motivated hatred were to come from states.

This was the birth of state-sponsored segregation under a set of laws known as "Jim Crow."



1   National Constitution Center: *https://constitutioncenter.org/the-constitution/historic-document-library/detail/civil-rights-act-of-1866-april-9-1866-an-act-to-protect-all-persons-in-the-united-states-in-their-civil-rights-and-furnish-the-means-of-their-vindication*

2   United States Senate: *https://www.senate.gov/artandhistory/history/common/generic/CivilRightsAct1875.htm#:~:text=The%20bill%20guaranteed%20all%20citizens,schools%2C%20churches%2C%20and%20cemeteries*

3   United States Senate: *https://www.senate.gov/artandhistory/history/common/generic/CivilRightsAct1875.htm#:~:text=The%20bill%20guaranteed%20all%20citizens,schools%2C%20churches%2C%20and%20cemeteries*

4   National Archives: *https://www.archives.gov/milestone-documents/plessy-v-ferguson*

◉ NATIONAL URBAN LEAGUE

## The Dyer Anti-Lynching Bill and the Costigan-Wagner Bill[5]

Lynching is a stain on the fabric of America. According to the NAACP, from 1882–1968, 4,743 people were lynched in the United States. The civil rights group supported two bills, the Dyer Anti-Lynching Bill in 1922 and the Costigan-Wagner Bill in 1935.

While both failed to become law in Congress, they raised public awareness of these heinous acts of violence and violations of human rights.

**1922 & 1935**

## President Truman and Executive Orders 9980 and 9981[6]

Under President Truman, we saw a shift in the government's efforts to protect civil rights.

Following World War II, Black servicemembers returned to discrimination and racial violence. To show appreciation for their contributions to defending America, President Truman issued Executive Orders 9980 and 9981, ordering the desegregation of the federal workforce and the military.

**1948**

## A New Civil Rights Act[8]

Signed into law by President Dwight D. Eisenhower, the Civil Rights Act of 1957 established the Civil Rights Division in the Justice Department and empowered federal officials to prosecute individuals who conspired to deny or abridge another citizen's right to vote.

**1957**


**1954**

## Brown v. Board of Education[7]

The calls for equality began to grow louder in post-World War II America. The country began to thrive as cities built suburbs filled with cul-de-sacs and tree-lined communities, giving former servicemembers a place to raise their families when they came home.

Better educated, more self-sufficient, and better traveled, Black Americans still were denied these services and protested for better rights.

Twenty years before the decision of *Brown v. Board*, Charles Hamilton Houston, Dean of Howard University Law School, and his pupil, Thurgood Marshall led the coordination of laws against five states to challenge the 1896 decision of *Plessy v. Ferguson*.

In 1954, the Supreme Court ruled that the segregation of children in public schools was unconstitutional, offering hope to a new generation of Black Americans and fueling the fight for Civil Rights for the next ten years.

**1960**

## Protecting the Ballot Box: The Civil Rights Act of 1960[9]

Voter intimidation, poll taxes, and violence plagued Black voters for generations. By 1957, when Congress passed the landmark Civil Rights Act of 1957, only 20% of Black Americans were registered to vote. And while the new law addressed voting rights, it had several loopholes that allowed intimidating tactics to persist.

After pressure from Civil Rights organizations, including The Leadership Conference on Civil and Human Rights, Congress drafted a new law that outlawed the obstruction of court orders to block the right to vote. It also made it more challenging for criminals fleeing states to avoid prosecution for voter intimidation and threats of violence.

This updated set of rules was passed as a comprehensive bill called the Civil Rights Act of 1960.

5   NAACP: *https://naacp.org/find-resources/history-explained/legislative-milestones/costigan-wagner-bill*

6   Truman Library Institute: *https://www.trumanlibraryinstitute.org/civil-rights-2/#:~:text=On%20July%2026%2C%201948%2C%20President,the%20rest%20of%20the%20century*

7   National Archives: *https://www.archives.gov/milestone-documents/brown-v-board-of-education*

8   Dwight D. Eisenhower Presidential Library: *https://www.eisenhowerlibrary.gov/research/online-documents/civil-rights-act-1957#:~:text=The%20result%20was%20the%20 Civil,with%20the%20right%20to%20vote*

9   United States Senate: *https://www.senate.gov/artandhistory/history/resources/pdf/Civil_Rights_Act_1960.pdf*



# America's Magna Carta:
# The Civil Rights *of* 1964

Just as the Declaration of Independence freed America from the authoritarian control of the crown nearly 200 years before, the Civil Rights Act of 1964 freed all Americans, regardless of race, sex, or creed, from centuries of oppressive laws enforced by our courts and government.

According to the Library of Congress, between 1950 and 1960, the number of households in this country with televisions jumped from 9 percent to 90 percent, putting racialized violence in front of nearly every American dinner table for the first time.

In 1963 alone, America bore witness to the horrors of the Birmingham Campaign, the Ku Klux Klan-led bombing of 16th Street Baptist Church, which claimed the lives of four young girls, the assassination of President John F. Kennedy, and the March on Washington.

The growing pressure from the civil rights community and the March on Washington led President Lyndon B. Johnson to issue a joint session of Congress on November 27, 1963, to urge the passing of a comprehensive civil rights bill.

The following year, the Civil Rights Act of 1964 became the law of the land.

> *Civil Rights Act of 1964 freed all Americans, regardless of race, sex, or creed, from centuries of oppressive laws enforced by our courts and government.*



## TITLE I  Discriminatory Voting Tactics

For nearly a century before the Reconstruction Era (1865–1877), America had a legacy of suppressing the Black vote before 1964. Literacy tests, poll taxes, and violent intimidation kept Black voter turnout in the South low for generations. Title I barred unequal application of state voter registration requirements for federal elections.

## TITLE II  Desegregation of Public Accommodations

Balcony seats, eating in the back house of kitchens, and flat-out refusal of service was a daily experience for Black Americans. Title II opened doors to a new way of life by prohibiting discrimination on the basis of race, color, religion, or national origin in certain places of public accommodation, such as hotels, restaurants, and places of entertainment.

## TITLE III  Desegregation of Public Property

Title III armed the U.S. Justice Department with enforcement power against discrimination in public spaces. It allowed the department to sue to secure the desegregation of certain public facilities owned, operated, or managed by any state or subdivision of a state.

## TITLE IV  Desegregation of Public Schools and Colleges

Although *Brown v. Board* became the law of the land ten years before the Civil Rights Act, enforcement of the law was not equal. Title IV authorized the U.S. Attorney General to receive complaints alleging equal protection denials, investigate those complaints, and file suit in U.S. District Court to seek desegregation of the school. It also authorized the Secretary of Education to fund school boards to assist their desegregation efforts.

## TITLE V  Reauthorization of the U.S. Commission on Civil Rights

The Civil Rights Act of 1957 created the Commission on Civil Rights as an independent, bipartisan, fact-finding federal agency. "Our mission is to inform national civil rights policy development and enhance enforcement of federal civil rights laws." Title V extended the commission's life and broadened its duties to investigate allegations that citizens were deprived of their right to vote or to have their vote properly counted.

## TITLE VI  Discrimination by Recipients of Federal Financial Assistance

Institutions across America provide public services with the help of federal funds. From schools and hospitals to public housing, many essential services receive support from the government. To prevent misuse of these funds, Title VI prohibited discrimination by recipients of federal funds on the basis of race, color, and national origin.

## TITLE VII  Discrimination in Employment

Perhaps one of the most transformative pieces of the Civil Rights Act for Black America's social, economic, and educational uplift was Title VII. It outlawed employment discrimination by businesses affecting commerce with at least twenty-five employees on the basis of race, color, religion, sex, or national origin and created the Equal Employment Opportunity Commission.[10]

# The Attack *on the* Civil Rights Act *of* 1964

We are in a fight for the soul of America.

A movement to roll back 60 years of equity, opportunity, and physical safety has made its way to our courts, state houses, and Congress. What may seem like legal challenges protecting religious freedoms and states' rights is a coordinated attack on the Civil Rights Act of 1964. Our freedoms are not free. It is time for us to organize and fight back.

The next page shows some of the decisions that attacked the Civil Rights Act and pending ones that threaten our progress. See stateofblackamerica.org for a full list.



# Landmark Decisions That Threaten Civil Rights Act

### *303 Creative LLC v. Elenis*[11] — An Attack on Title II

In June 2023, the U.S. Supreme Court carved out a significant exception to public accommodations laws. It delivered a major blow to LGBTQ rights in the decision of *303 Creative LLC v. Elenis*.

By a 6-to-3 vote, the court sided with Lorie Smith, a Colorado web designer who is opposed to same-sex marriage. She challenged the state's public accommodations law, claiming that by requiring her to serve everyone equally, the state was unconstitutionally enlisting her to create a message she opposed. This case set a dangerous precedent for those who seek to discriminate against groups of people by weaponizing the same laws meant to protect us.

### *Students for Fair Admissions v. President and Fellows of Harvard College* and *Students for Fair Admissions v. University of North Carolina*[12] — An Attack on Title VII

In one of the most brazen assaults on communities of color, in June 2023, the Supreme Court struck down race-conscious admissions programs at Harvard University and the University of North Carolina, effectively prohibiting affirmative action policies long used to raise the number of Black, Hispanic and other underrepresented minority students on American campuses.

The societal implications span far beyond the yards and quadrangles of college campuses. This decision set a precedent that threatens all programs designed to increase diversity, including the workplace. A month after the decision to dismantle affirmative action, the same conservative activists behind the movement filed a lawsuit against the Fearless Fund, an Atlanta-based venture capital fund that supports Black women who own small businesses, accusing it of unlawful racial discrimination.

# Cases to Watch

### *Louisiana v. EPA*[13] — An Attack on Title VI

Black communities across America have been victimized by the industrialization of this country for generations. In 2023, the EPA launched an investigation into a Denka polymer plant and found that the company exposed people who live nearby and children at an elementary school to enough chloroprene, a chemical used to make synthetic rubber, to increase their cancer risk in two Louisiana parishes.

Louisiana filed a federal lawsuit challenging the investigations in May 2023, accusing the EPA of exceeding its authority under Title VI of the Civil Rights Act of 1964 by improperly pressuring the state to make radical changes to its air permitting regime. Even though the EPA dropped the investigation, 11 states have joined in lawsuits that endanger the future of Title VI enforcement.

### Voter Registration Challenges — An Attack on Title I

Voter suppression tactics exploded after the 2020 election. Extremists who claimed that the election was stolen organized one of the most significant attacks on democracy since Reconstruction, passing laws that removed ballot boxes, enforced strict voter ID laws, and purged registration roles across the country.

In Arizona, House Bill 2492[14] is being challenged for violating Title I of the Civil Rights Act of 1964 by requiring election officials to reject voter registration forms based on errors or omissions, not material to establishing a voter's eligibility to cast a ballot. A decision in favor of Arizona poses a grave threat to the future of our democracy.

*Our freedoms are not free. It is time for us to organize and fight back.*

## 11

states have joined in lawsuits that endanger the future of *Title VI enforcement.*

11  Supreme Court: https://www.supremecourt.gov/opinions/22pdf/21-476_c185.pdf
12  Supreme Court: https://www.supremecourt.gov/opinions/22pdf/20-1199_hgdj.pdf
13  United States District Court Western District of Louisiana Lake Charles Division: https://www.courthousenews.com/wp-content/uploads/2023/06/Louisiana-v-EPA-complaint-usdc-western-louisiana.pdf
14  State of Arizona: https://www.azleg.gov/legtext/55leg/2R/bills/HB2492H.pdf

# A Coordinated Response:

## Defend Democracy, Demand Diversity, and Defeat Poverty

America is at an inflection point. State legislatures are leading attacks on voting rights, and extremists are manipulating the legal system to limit access to higher education and the workforce.

Building on the National Urban League empowerment goals set by President Marc H. Morial over 20 years ago, the movement is laying out a new framework of collective activism rooted in the organization's enduring pillars of Employment, Education, Housing, Healthcare, and Justice. Under this plan we are committed to fighting for you and working to **Defend Democracy, Demand Diversity,** and **Defeat Poverty**.



SEE THE NEXT PAGE FOR HOW YOU CAN GET INVOLVED. SCAN THE QR CODE FOR MORE INFO.

NATIONAL URBAN LEAGUE

# DEFEND
# ↗DEMOCRACY

  

1. **Register to vote.** You can't vote against measures to limit voting rights or vote out extremist politicians if you aren't registered to vote. The best part is it's easy and can be done online. Visit our Reclaim Your Vote page to register today.

2. **Call your Congressman, sign a petition, and raise awareness around the laws we need Congress to pass now!**

   ↗ The Freedom to Vote Act

   ↗ John Lewis Voting Rights Advancement Act

   ↗ Protecting Our Democracy Act

3. **Know your rights.** There is a lot of misinformation on social media about election day, where to vote, and who is eligible. Visit your secretary of state website to learn everything you need to know to make a voting plan.

# DEMAND
# ↗DIVERSITY

  


1. **Demand Diversity in the Workplace**

   ↗ Recruit, refer, and hire diverse candidates

   ↗ Join an employee resource group (ERG)

   ↗ Take Unconscious bias trainings

2. **Stand Up to Laws in Your State**

   Call your state representatives to fight for the protection of DEI initiatives in the workplace and our schools, sign a petition, and raise awareness around the laws we need Congress to pass now!

   ↗ Eliminate anti-racial justice initiatives like Florida's "Stop WOKE" Act

   ↗ Require truthful and accurate teaching of Black history in schools

   ↗ Every workplace adopt clear and specific policies for diversity, equity, and inclusiveness in recruitment, hiring, training, procurement, promotion

3. **Diversify Our School System**

   ↗ Get active with your local school board.

   ↗ Maintain an active role in your child's school

   ↗ If you have a passion for kids, consider becoming an educator; our kids and our future need you

# DEFEAT
# ↗POVERTY

  

1. **Call your Congressman, sign a petition, and raise awareness around the issues that will help defeat poverty in America:**

   ↗ Expand the Earned Income Tax Credit

   ↗ Expand the Child Tax Credit

   ↗ Raise the federal minimum wage to $15 and index it to inflation

   ↺ Close the Medicaid Coverage Gap

2. **Support the Urban League movement.**

   We provide free and reduced childcare, job training, and help first-time homebuyers. Want to make a difference? Volunteer with an Urban League affiliate today or donate to our fight against poverty in America.

3. **Understand the Issues**

   There are many ways that our institutions create poverty in America. Review our list of issues to familiarize yourself with them and learn how to fight against them.

# The Biden Progress Report:

## The National Urban League Evaluates the Biden Administration's Performance Three Years In

In 2020, Joseph Biden became the first general election candidate to put forward a policy agenda for Black America. The plan, titled *Lift Every Voice*, committed to prosecuting hate crimes, fighting gun violence, and fighting significant investments housing, and small busi

The Biden team also invited civil rights groups to provide feedback and offer suggestions on tangible goals that would positively impact the lives of Black Americans. The National Urban League provided Joseph Biden and his primary general election opponent with policy recommendations to bolster Black America's socioeconomic, educational, and health outcomes. Only Biden responded to the suggestion and incorporated many of our ideas into his platform.

As the administration hit the ground running to achieve equity, anti-civil rights forces launched a coordinated assault on our civil liberties by introducing laws that rewrite our history in schools, ban books, increase barriers to voting rights, and attack efforts to diversify our schools and workplaces.

In the face of these challenges, the administration has pushed ahead with some of the most significant racial justice commitments our country has seen in decades.

Three years into his presidency, we have evaluated President Biden's commitments to Black America, tracked his accomplishments, and the unfinished business that makes the case for a second term.



⊛ **NATIONAL URBAN LEAGUE**

# Promises Kept: Black America's Wins Under the First Term of the Biden Administration

## A Cabinet and Senior Staff that Reflects the Soul of America

The Biden White House is the most diverse in American history. With nearly 50% of current appointees identifying as racially or ethnically diverse, the administration's commitment to leadership reflective of our country is evident in his cabinet and senior staff.

- ⊕ Kamala Harris, Vice President of the United States
- ⊕ Lloyd Austin, Secretary of Defense
- ⊕ Marcia Fudge, Secretary of Housing and Urban Development
- ⊕ Deb Haaland, Secretary of the Interior
- ⊕ Miguel Cardona, Secretary of Education
- ⊕ Xavier Becerra, Secretary of Health and Human Services
- ⊕ Alejandro Mayorkas, Secretary of Transportation
- ⊕ Vivek Murthy, Surgeon General
- ⊕ Julie Su, Acting Secretary of Labor
- ⊕ Linda Thomas Greenfield, U.N. Ambassador
- ⊕ Kristen Clarke, Assistant Attorney General for Civil Rights at the Department of Justice
- ⊕ Shalonda Young, Director of the U.S. Office of Management and Budget
- ⊕ Cecilia Rouse, Chair of Council of Economic Advisors
- ⊕ Michael Regan, Administrator of the Environmental Protection Agency
- ⊕ Isabel Guzman, Administrator of the Small Business Administration



- ⊕ Cedric Richmond, Senior Advisor to the President and Director of the White House Office of Public Engagement
- ⊕ Keisha Lance Bottoms, Senior Advisor to the President for Public Engagement
- ⊕ Steven Benjamin, Senior Advisor to the President and Director of the White House Office of Public Engagement
- ⊕ Susan Rice, Former Assistant to the President and Director of the White House Domestic Policy Council
- ⊕ Don Graves, Deputy Secretary, Department of Commerce
- ⊕ Don Cravins, Former Undersecretary of Commerce, Minority Business Development Agency
- ⊕ Adewale "Wally" O. Adeyemo, Deputy Secretary of the Treasury
- ⊕ Vanita Gupta, Associate Attorney General at the Department of Justice
- ⊕ Philip Jefferson, Vice Chair of the Federal Reserve
- ⊕ Lisa D. Cook, Member of the Federal Reserve Board of Governors
- ⊕ 44 Black Federal Judicial Appointments[15]

## Investing in Black America and Improving the Economy

When President Biden took office in January 2021, the Black unemployment rate was 9.2%. As of January 2024, that number is 5.2%. Through a series of bills investing in America's infrastructure, workforce, technological advantage, and climate, the administration has created opportunities for generations of Black Americans to prosper.

The Promise: "Advance the economic mobility of African Americans and close the racial wealth and income gap by investing in African-American workers, businesses, and communities, and expanding African-American homeownership and wealth-building." The administration's wins include passing:

- ⊕ The American Rescue Plan.
- ⊕ The Inflation Reduction Act.
- ⊕ The Infrastructure Investment and Jobs Act.
- ⊕ The CHIPS and Science Act.
- ⊕ The Minority Business Development Agency became a statutory agency for the first time, a 30-year goal of the National Urban League.

President Biden also signed the first-ever executive order on "advancing racial equity and support for underserved communities through the federal government" to make the American dream accessible to everyone with support and funding through government programs and agencies.

## Education Access

Since *Brown v. Board* in 1954, the fight for equality in American schools has been an uphill battle. For generations, schools in predominately Black communities have been underfunded, overcrowded, and under-resourced in comparison to schools in predominately white, higher-income communities.

The administration committed to expanding access to high-quality education to reverse the effects of decades of poor education policy.

The Promise: "Expand access to high-quality education and tackle racial inequity in our education system by investing in universal preschool, closing funding gaps by race, making college affordable, and tackling the student debt crisis." The administration's wins include:

- ⊕ The administration has wiped out loans totaling $127 billion for 3.6 million borrowers—the most significant wave of student debt cancellation since the government began backing educational loans more than 60 years ago.
- ⊕ The Saving on a Valuable Education (SAVE) plan, a wave of new income-driven student loan repayment plans.
- ⊕ Signing Executive Order 14050 establishing the White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Black Americans (Initiative) to advance educational equity and economic opportunity for African American and Black students, families, and communities.

The President also proposed universal pre-kindergarten, free community college (Building Back Better Act), and expanding the Child Tax Credit (in the American Rescue Plan). Both passed in the House of Representatives but were filibustered in the Senate.

---

15  Nov. 5, 2023, Pew Research Center analysis of Federal Judicial Center data



NEARLY

**50%**

of Biden's current appointees identify as *racially diverse.*

## Expanding Healthcare Access

Under the Biden Administration, the Affordable Care Act has flourished. In the most recent enrollment period, more than 20 million Americans have signed up for plans, a record-breaking eight million more than before.

The Promise: "End health disparities by making far-reaching investments, expanding access to affordable health care, improving the quality of care African Americans receive, and making health equity a reality for African Americans."

In addition to expanding access to health coverage by lowering the cost of insurance plans, the administration has:

- ⊕ Empowered Medicare to negotiate specific drug prices for the first time.

- ⊕ Capped the cost of insulin at $35 per month for millions of Americans who have diabetes, a disease that disproportionately affects Black Americans.

- ⊕ Allocated millions of new dollars for rural healthcare, including hospitals, and dollars for new staff.

- ⊕ In the face of the overturning of *Roe v. Wade*, the administration established the Task Force on Reproductive Health Care Access and increased protections for oral contraceptives.

## Criminal Justice Reform

The murder of George Floyd spurred a tidal wave of calls for racial justice in America. In an election year where extremists were actively fighting against measures to reform police practices and protect Black communities, the administration outlined a plan to improve community safety and introduce criminal justice practices that incorporated fairness and equity for

historically overpoliced and over-criminalized communities.

The Promise: "Strengthen America's commitment to justice by ending incarceration for drug use alone, reducing the number of people incarcerated, reinvesting those savings in communities affected by mass incarceration, and addressing systemic misconduct in police departments and prosecutors' offices." The administration's wins include:

- ⊕ The confirmation of Supreme Court Justice Ketanji Brown-Jackson.

- ⊕ The Justice Department awarded $334M, including $74M, to improve school security and $43M for community policing and de-escalation training.

- ⊕ The Department of Justice has requested $15 million in the President's 2024 budget to help young people expunge, seal, or vacate their juvenile records.

## Black Homeownership and Affordable Housing

In the 60 years since the Fair Housing Act made it illegal for financial institutions and landlords to discriminate against potential buyers and renters based on race, the gap between white and Black homeownership has grown. The 27% gap in 1960, white (65%) and Black (38%) increased to 29%, with 73% of white households owning a home compared with Black homeownership at 44% in 2021.

The Biden administration recognized this alarming trend and began work to improve housing across the board for Black Americans.

The Promise: "Expand African-American Homeownership and Access to Affordable, Safe Housing." Under President Biden and Secretary Marcia Fudge:

- ⊕ HUD led a first-of-its-kind interagency task force committed to rooting out racial and ethnic bias in home valuations, the Property Appraisal and Valuation Equity Task Force (PAVE).

- ⊕ More than 1.1 million struggling homeowners kept their homes through mortgage modifications and other permanent monthly payment reductions.

- ⊕ The American Rescue Plan $25 billion in rental assistance the President's first year in office.

- ⊕ FHA revised its policies for student loan debt in mortgage applications and allowed a borrower's positive rental history to be included in evaluations of their creditworthiness for an FHA-insured mortgage.

The President's initial Build Back Better Plan offered a significant set of investments in housing, authored by Congresswoman Maxine Waters, with considerable input from the National Urban League. The housing provisions were removed from the bill in the Senate due to the opposition of Senator Joe Machin (D-WV).

## Environmental Justice

Black communities are disproportionately exposed to high amounts of air and water pollution in this country. We are also the least prepared and equipped in times of natural disasters. The Biden administration pledged to address these inequities through legislation that protects our communities and provides economic opportunities for a green future.

The Promise: "Address environmental justice by making historic investments, enforcing ecological justice legislation, and ensuring that African Americans are dealt in on the country's clean energy future."

The Inflation Reduction Act is the nation's most significant investment in climate justice and our environment in history. Billions of dollars have been allocated to invest in protecting and supporting communities affected by natural disasters and air, land, and water pollution. The landmark legislation also created a green economy with opportunities for minority-owned businesses to help build the future of this country and our planet.

## The Enforcement of Civil Rights Laws

Under the Biden Administration, the enforcement of civil rights laws in voting, hate crimes, policing, technology, and housing has been dramatically improved and increased. The administration has also stepped up the prosecution of hate crimes in its first three years by nominating highly qualified leadership across the government, including:

- ⊕ Merrick Garland, Attorney General

- ⊕ Vanita Gupta, Associate Attorney General

- ⊕ Kristin Clarke, Assistant Attorney General for Civil Rights

⊕ Catherine Lhamon, Assistant Secretary, Office for Civil Rights at the Department of Education

⊕ Charlotte Burrows, Chairwoman of the Equal Employment Opportunity Commission

The murderers of George Floyd, Ahmaud Arbery, and the victims of the Tops grocery store in Buffalo have all been convicted of civil rights violations and punished with the maximum penalties under law. The prosecution of these crimes sends a signal to unjust criminal actors that the government is taking a stand against racial violence.

The enforcement of hate crimes is and has always been, a priority of the National Urban League and the civil rights community.

## Unfinished Business Going into 2024

### Student Loan Forgiveness

The President proposed an aggressive student loan forgiveness plan through executive action that the Supreme Court struck down. The administration has also worked to find other ways to provide borrowers with relief that have been met with opposition from Congress. Nonetheless, in just three years, the administration has forgiven $136.6 billion for more than 3.7 million people with student loans.

The administration also launched a set of progressive changes to expand public service loan forgiveness programs and new income-driven repayment plans.

The administration is also attempting to create a new student debt relief process through the Higher Education Act (HEA), which will reach even more borrowers.

### Voting Rights

The National Urban League and the civil rights community advanced and strongly supported the John Lewis Voting Rights for Advancement Act and the Freedom to Vote Act. With President Biden's support, both bills advanced but were not voted on in the House nor taken up in the Senate due to political opposition.

In response, President Biden issued an Executive Order on Promoting Access to Voting, which calls on all agencies across the federal government to assess and implement ways to expand access to voter registration, education, and information.

The administration has also set a policy agenda to fight against harsh voter registration laws by making it easier to obtain state IDs nationwide and challenging laws that purge voter rolls and limit early and mail-in voting.

While we support the executive order, it is not a substitute for the John Lewis Voting Rights for Advancement Act and Freedom to Vote Act, which are necessary to defend democracy.

### Standing in Solidarity with Civil Rights Groups

The Biden administration stands in solidarity with civil rights groups like the National Urban League, calling for social and economic justice in America. We know what is at stake for Black America when groups are calling for the rollback of DEI, Affirmative Action, expanded childcare, the revision of our history, and blocking the ballot box. Our action items for the next term are:

⊕ Passing the John Lewis Voting Rights Advancement Act.

⊕ Passing the Protecting Our Democracy Act.

⊕ Establishing a Reparations Commission.

⊕ Passing the Freedom to Vote Act.

⊕ Passing the George Floyd Justice in Policing Act.

⊕ Passing a National Living Wage Bill indexed for inflation.

⊕ Expanding the Child Tax Credit and Earned Income Tax Credit.

We cannot afford to walk back progress, and the administration is standing alongsid these groups in the fight for justice.

The *Freedom to Vote Act* and *John Lewis Voting Rights Advancement Act* have yet to be passed in Congress.



23

# Our Contributors



*President Joe Biden*
46TH PRESIDENT OF THE UNITED STATES OF AMERICA



*Dr. Shavon Arline-Bradley*
PRESIDENT & CEO, NATIONAL COUNCIL OF
NEGRO WOMEN



*Senator Cory Booker*
U.S. Senator, New Jersey (D)



*Charlotte Burrows*
CHAIR, THE U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION



*Melanie Campbell*
EXECUTIVE DIRECTOR & CEO,
THE NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION

⊘ NATIONAL URBAN LEAGUE



*Kristen Clarke*

ASSISTANT ATTORNEY GENERAL FOR CIVIL
RIGHTS, U.S. DEPARTMENT OF JUSTICE



*Kimberle Crenshaw*

ISIDOR AND SEVILLE SULZBACHER
PROFESSOR OF LAW, COLUMBIA
LAW SCHOOL



*Patrice Ficklin*

FAIR LENDING DIRECTOR, CONSUMER
FINANCIAL PROTECTION BUREAU OF
THE UNITED STATES



*Peter Flegel*

EXECUTIVE DIRECTOR,
THE GOVERNMENT OF CANADA'S
FEDERAL ANTI-RACISM SECRETARIAT



*Secretary Marcia Fudge*

U.S. SECRETARY,
HOUSING AND URBAN DEVELOPMENT



*Claire Garvie*

SENIOR ASSOCIATE, CENTER ON
PRIVACY & TECHNOLOGY, GEORGETOWN
UNIVERSITY LAW CENTER; ADJUNCT
PROFESSOR OF LAW



*Wendy Greene*

DIRECTOR, THE CENTER FOR LAW, POLICY
AND SOCIAL ACTION (CLPSA); PROFESSOR
OF LAW, DREXEL UNIVERSITY



*Damon Hewitt*

PRESIDENT & EXECUTIVE DIRECTOR,
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW



**Tim Murphy**
CHIEF ADMINISTRATIVE OFFICER,
MASTERCARD



**Janai Nelson**
PRESIDENT, NAACP LEGAL DEFENSE
AND EDUCATIONAL FUND



**Ayana Parsons**
CO-FOUNDER, THE FEARLESS FUND



**Rev. Al Sharpton**
FOUNDER & PRESIDENT,
NATIONAL ACTION NETWORK



**Arian Simone**
CO-FOUNDER, THE FEARLESS FUND



**Julian Wallace**
EDUCATION AND RESEARCH
ASSOCIATE, NACDL



**Maya Wiley**
PRESIDENT & CEO, THE
LEADERSHIP CONFERENCE ON
CIVIL AND HUMAN RIGHTS

## NATIONAL URBAN LEAGUE

# Affiliates

**Akron, Ohio**
Akron Community Service Center
& Urban League

**Alexandria, Virginia**
Northern Virginia Urban League

**Alton, Illinois**
Madison County Urban League

**Atlanta, Georgia**
Urban League of Greater Atlanta

**Aurora, Illinois**
Quad County Urban League

**Austin, Texas**
Austin Area Urban League

**Baltimore, Maryland**
Greater Baltimore Urban League

**Battle Creek, Michigan**
Southwestern Michigan Urban League

**Binghamton, New York**
Broome County Urban League

**Birmingham, Alabama**
Birmingham Urban League

**Boston, Massachusetts**
Urban League of Eastern
Massachusetts

**Buffalo, New York**
Buffalo Urban League

**Canton, Ohio**
Greater Stark County Urban
League, Inc.

**Charleston, South Carolina**
Charleston Trident Urban League

**Charlotte, North Carolina**
Urban League of Central
Carolinas, Inc.

**Chattanooga, Tennessee**
Urban League of Greater
Chattanooga, Inc.

**Chicago, Illinois**
Chicago Urban League

**Cincinnati, Ohio**
Urban League of Greater
Southwestern Ohio

**Cleveland, Ohio**
Urban League of Greater Cleveland

**Columbia, South Carolina**
Columbia Urban League

**Columbus, Georgia**
Urban League of Greater
Columbus, Inc.

**Columbus, Ohio**
Columbus Urban League

**Denver, Colorado**
Urban League of Metropolitan Denver

**Detroit, Michigan**
Urban League of Detroit &
Southeastern Michigan

**Elizabeth, New Jersey**
Urban League of Union County

**Elyria, Ohio**
Lorain County Urban League

**Englewood, New Jersey**
Urban League for Bergen County

**Farrell, Pennsylvania**
Shenango Valley Urban League

**Flint, Michigan**
Urban League of Flint

**Fort Lauderdale, Florida**
Urban League of Broward County

**Fort Wayne, Indiana**
Fort Wayne Urban League

**Gary, Indiana**
Urban League of Northwest
Indiana, Inc.

**Grand Rapids, Michigan**
Urban League of West Michigan

**Greenville, South Carolina**
Urban League of the Upstate, Inc.

**Hartford, Connecticut**
Urban League of Greater Hartford

**Houston, Texas**
Houston Area Urban League

**Indianapolis, Indiana**
Indianapolis Urban League

**Jackson, Mississippi**
Mississippi Urban League

**Jacksonville, Florida**
Jacksonville Urban League

**Jersey City, New Jersey**
Urban League of Hudson County

**Kansas City, Missouri**
Urban League of Greater Kansas City

**Knoxville, Tennessee**
Knoxville Area Urban League

**Las Vegas, Nevada**
Las Vegas Urban League

**Lexington, Kentucky**
Urban League of Lexington-
Fayette County

**Little Rock, Arkansas**
Urban League of the State
of Arkansas

**Long Island, New York**
Urban League of Long Island, Inc.

**Los Angeles, California**
Los Angeles Urban League

**Louisville, Kentucky**
Louisville Urban League

**Madison, Wisconsin**
Urban League of Greater Madison

**Memphis, Tennessee**
Memphis Urban League

**Miami, Florida**
Urban League of Greater Miami

**Milwaukee, Wisconsin**
Milwaukee Urban League

**Minneapolis, Minnesota**
Urban League Twin Cities

**Morristown, New Jersey**
Morris County Urban League

**Nashville, Tennessee**
Urban League of Middle Tennessee

**New Orleans, Louisiana**
Urban League of Louisiana

**New York, New York**
New York Urban League

**Newark New Jersey**
Urban League of Essex County

**Norfolk, Virginia**
Urban League of Hampton Roads, Inc.

**Oklahoma City, Oklahoma**
Urban League of Greater
Oklahoma City

**Omaha, Nebraska**
Urban League of Nebraska, Inc.

**Orlando, Florida**
Central Florida Urban League

**Peoria, Illinois**
Tri-County Urban League

**Philadelphia, Pennsylvania**
Urban League of Philadelphia

**Phoenix, Arizona**
Greater Phoenix Urban League

**Pittsburgh, Pennsylvania**
Urban League of Greater Pittsburgh

**Portland, Oregon**
Urban League of Portland

**Providence, Rhode Island**
Urban League of Rhode Island, Inc.

**Racine, Wisconsin**
Urban League of Racine & Kenosha, Inc.

**Richmond, Virginia**
Urban League of Greater Richmond

**Rochester, New York**
Urban League of Rochester

**Sacramento, California**
Greater Sacramento Urban League

**Saint Louis, Missouri**
Urban League of Metropolitan
St. Louis

**Saint Petersburg, Florida**
Pinellas County Urban League

**San Diego, California**
Urban League of San Diego County

**San Francisco, California**
Urban League of Greater
San Francisco Bay Area

**Seattle, Washington**
Urban League of Metropolitan Seattle

**Springfield, Illinois**
Springfield Urban League, Inc.

**Springfield, Massachusetts**
Urban League of Springfield

**Stamford, Connecticut**
Urban League of Southern
Connecticut

**Tacoma, Washington**
Tacoma Urban League

**Tallahassee, Florida**
Tallahassee Urban League

**Tampa, Florida**
Urban League of Hillsborough
County, Inc.

**Tucson, Arizona**
Tucson Urban League

**Tulsa, Oklahoma**
Metropolitan Tulsa Urban League

**Warren, Ohio**
Greater Warren-Youngstown
Urban League

**Washington, D.C.**
Greater Washington Urban League

**West Palm Beach, Florida**
Urban League of Palm Beach
County, Inc.

**White Plains, New York**
Urban League of Westchester County

**Wichita, Kansas**
Urban League of Kansas, Inc.

**Wilmington, Delaware**
Metropolitan Wilmington
Urban League

**Winston-Salem, North Carolina**
Winston-Salem Urban League

Support the work of the National Urban League as we continue to advance policies and programs to empower African American and other urban communities.

*stateofblackamerica.org*

**#STATEOFBLACKAMERICA | @NATURBANLEAGUE**  



**80 PINE STREET, 9TH FLOOR | NEW YORK, NY 10005 | WWW.NUL.ORG**