# **EXHIBIT B**

| | NO. |
|---|---|
| **TRAINING AND EMPLOYMENT NOTICE** | 21-24 |
| | DATE |
| | January 22, 2025 |

**TO:** STATE WORKFORCE AGENCIES
STATE WORKFORCE LIAISONS
STATE WORKFORCE DEVELOPMENT BOARDS AND STAFF
LOCAL WORKFORCE DEVELOPMENT BOARDS AND STAFF
AMERICAN JOB CENTER DIRECTORS
ETA COMPETITIVE GRANTEES
COMMUNITY COLLEGES AND TRIBAL COLLEGES
STATE APPRENTICESHIP AGENCIES
JOB CORPS CENTER DII

**FROM:** MICHELLE PACZYNSKI
Acting Deputy Assistant Secretary

**SUBJECT:** Immediate Implementation of Executive Orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity"

1. **Purpose.** To notify all Employment and Training Administration (ETA) recipients about changes ETA is making to federal financial assistance awards to prohibit activities described in President Trump's Executive Orders (EOs) titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.

2. **Action Requested.** Effective immediately, all recipients of federal financial assistance awards are directed to cease all activities related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) under their federal awards, consistent with the requirements of the EOs titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025. Additional guidance will be provided.

3. **Summary and Background.**

    a. Summary – This notice shares recent EO requirements to eliminate DEI activities that constitute illegal discrimination or preferences.

    b. Background – President Trump has issued several EOs, which are available at https://www.whitehouse.gov/presidential-actions/, including the EOs titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity,"

issued on January 21, 2025. All federal agencies are taking steps to implement these EOs, and promptly notifying all federal awardees. ETA, like all federal agencies, will provide further guidance on specific programs and activities within those programs.

4. **Ceasing DEIA activities.** All awardees must immediately cease all award activities related to DEI or DEIA. All other award activities should continue.

   ETA will issue further guidance on specific activities that are allowable and unallowable.

5. **Inquiries.** Please direct inquiries to the appropriate Regional Office.

6. **References.**
   - Executive Order, "Ending Radical and Wasteful Government DEI Programs and Preferencing," January 20, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/.
   - Executive Order, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," January 21, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/.

7. **Attachments.** N/A