# EXHIBIT A

## Notice of Award Cancellation for All ▮▮▮▮▮ Awards
1 message

**CommunityCompass** <CommunityCompass@hud.gov>  Tue, Feb 25, 2025 at 6:08 PM
To: ▮▮▮▮▮

Dear ▮▮▮▮▮

Please see the attached letter from the Acting Deputy Secretary regarding all of your FHEO TA awards. At the direction of the Department of Government Efficiency (DOGE), the Administration is terminating all TA awards on the basis that your operations are not in compliance with the Executive Order titled "Ending Radical and Wasteful Government DEI Programs and Preferencing" since key words were found on your website or LinkedIn Profile by staff at DOGE.

Thank you,

U.S. Department of Housing and Urban Development

▮▮▮▮▮ **Award Notice_2 25 25.pdf**
77K