UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>   *Plaintiffs,*<br><br> v.<br><br>DONALD J. TRUMP, et al.,<br><br>   *Defendants.* | Civil Action No. 25-cv-00471 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Court has considered the parties' briefing, evidence, and arguments as well as the authorities cited in support of their positions. Upon due consideration, the Court hereby GRANTS Plaintiffs' Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65. Defendants and their officers, agents, employees, assigns, and all persons acting in concert or participating with them are enjoined as follows:

1. Defendants shall not implement or enforce the following provisions in Executive Order Nos. 14151, 14168, or 14173 (collectively, the "Challenged Provisions"), including without limitation through the promulgation of any rules or regulations, or in any manner by way of contract, subcontract, purchase order, grant, or sub-grant:

    a. Section 2(b)(i) of Executive Order No. 14151 (the "Equity Termination Provision");

    b. Section 2(b)(ii)(C) of Executive Order No. 14151 (the "List Provision");

    c. Section 3(e) of Executive Order No. 14168 (the "Gender Termination Provision");

    d. Section 3(g) of Executive Order No. 14168 (the "Gender Promotion Provision");

    e. Section 3(c)(ii) of Executive Order No. 14173 (the "DEIA Principles Provision");

    f. Section 3(c)(iii) of Executive Order No. 14173 (the "Diversity Termination Provision");

    g. Section 3(b)(iv) of Executive Order No. 14173 (the "Certification Provision"); and

    h. Section 4(b) of Executive Order No. 14173 (the "Enforcement Threat Provision").

2. Defendants shall rescind all agency-wide directives implementing or effectuating the Challenged Provisions of Executive Order Nos. 14151, 14168, and 14173 against Plaintiffs that were issued prior to this injunction.

3. Defendants shall reinstate any contracts, subcontracts, grants, or subgrants or other agreements that have been rescinded as part of implementing or effectuating the Challenged Provisions of Executive Order Nos. 14151, 14168, and 14173.

4. Defendants shall unwind, rescind, strike, modify, or otherwise rectify contracts, subcontracts, agreements, grants, subgrants, and any other such binding documents entered into with Plaintiffs, in which terms, clauses, or provisions have been inserted pursuant to or in furtherance of the Challenged Provisions of Executive Order Nos. 14151, 14168, and 14173.

5. Defendants shall provide notice of this injunction to all Plaintiffs and their subcontractors, vendors, and/or sub-grantees for whom such terms, clauses, or provisions have already been imposed.

**SO ORDERED**.

Dated: _____, 2025

                                                       United States District Judge