IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00471 |
| Donald J. Trump, *et al.*, | ) |
| Defendants. | ) |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to the Court's Minute Order dated March 3, 2025, the Parties have conferred and proposed the following joint proposed briefing schedule for Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 29), which is now set for hearing on March 19, 2025.

Defendants will file their Response in Opposition to the Preliminary Injunction motion on or before Wednesday, March 12, 2025.

Plaintiffs will file any Reply in further support of the Preliminary Injunction motion on or before Monday, March 17, 2025.

Respectfully submitted,

-2-

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br><br>*/s/ Pardis Gheibi*<br>PARDIS GHEIBI (D.C. Bar No. 90004767)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-3246<br>Email: pardis.gheibi@usdoj.gov<br><br>*Attorney for Defendants* | */s/ Stacey K. Grigsby*<br>Stacey K. Grigsby, DC Bar No. 491197<br>Sarah E. Harrington, DC Bar No. 219218<br>Alison DiCiurcio, DC Bar No. 1601410<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-6000<br>sgrigsby@cov.com<br>sharrington@cov.com<br>adiciurcio@cov.com<br><br>Nicholas E. Baer, DC Bar No. 1672517<br>James H. Fitch, DC Bar No. 1780894<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000<br>nbaer@cov.com<br>jhfitch@cov.com<br><br>Jin Hee Lee, DC Bar No. 1740850<br>Gabriel Diaz, DC Bar No. 991618<br>Donya Khadem, DC Bar No. 1719557<br>NAACP LEGAL DEFENSE &<br>   EDUCATIONAL FUND, INC.<br>700 14th Street NW, Suite 600<br>Washington, DC 20005<br>(202) 682-1300<br>jlee@naacpldf.org<br>gdiaz@naacpldf.org<br>dkhadem@naacpldf.org<br><br>Leah Wong<br>NAACP LEGAL DEFENSE &<br>   EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br>lzwong@naacpldf.org<br><br>Camilla B. Taylor, DC Bar No. IL0098<br>Kenneth D. Upton, Jr., DC Bar No. 1658621<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>3656 North Halsted Street |

-3-

        Chicago, IL 60613
        (312) 605-3225
        ctaylor@lambdalegal.org
        kupton@lambdalegal.org

        Jose Idio Abrigo
        LAMBDA LEGAL DEFENSE AND
           EDUCATION FUND, INC.
        120 Wall Street, 19th Floor
        New York, NY 10005
        (646) 307-7406
        jabrigo@lambdalegal.org

        Pelecanos
        LAMBDA LEGAL DEFENSE AND
           EDUCATION FUND, INC.
        800 South Figueroa Street, Suite 1260
        Los Angeles, CA 90017*
        (323) 370-6909
        pelecanos@lambdalegal.org

        *Address for mailing purposes only

        *Attorneys for Plaintiffs*