IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br>*Plaintiffs*,<br>v.<br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br>*Defendants*,<br>DO NO HARM,<br>[*Proposed*] *Intervenor-Defendant.* | No. 1:25-cv-00471-TJK |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Before the Court is a motion for intervention filed by Proposed Intervenor-Defendant Do No Harm. In its discretion, the Court finds that Do No Harm satisfies the criteria for

\_\_\_\_ intervention as of right under Federal Rule of Civil Procedure 24(a)(2).

\_\_\_\_ permissive intervention under Federal Rule of Civil Procedure Rule 24(b).

The Court therefore grants Do No Harm leave to intervene as a defendant.

It is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the caption in this case is amended to reflect the same.

It is FURTHER ORDERED that Intervenor-Defendant Do No Harm's proposed answer attached to their motion to intervene is hereby accepted as filed.

Dated: _____, 2025

_____
Timothy J. Kelly
United States District Judge
District of Columbia