CO-386
10/2018

# United States District Court
# For the District of Columbia

National Urban League, et al. )
)
)
)
**Plaintiff** )
vs )  Civil Action No. __1:25-cv-00471-TJK__
)
Donald Trump, in his official capacity as )
President of the United States, et al. )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Do No Harm_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Do No Harm_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Cameron T. Norris*
Signature

VA Bar # 91624
BAR IDENTIFICATION NO.

Cameron T. Norris
Print Name

1600 Wilson Boulevard
Address

Arlington          VA          22209
City              State        Zip Code

703-243-9423
Phone Number