IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| National Urban League, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Donald J. Trump, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:25-cv-00471 |

**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE**

The Government files this response in accordance with the Court's March 5, 2025, Minute Order. The Government opposes the Motion To Intervene, *see* ECF No. 31, on the ground that intervention is unnecessary as the Government will provide a fulsome defense of the challenged Executive Orders. The Government would consent to the filing of an amicus brief.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorney for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

<em><u>/s/ Pardis Gheibi</u></em>