# EXHIBIT B

| **TRAINING AND EMPLOYMENT NOTICE** | **NO.** 21-24, Change 1 |
|---|---|
| | **DATE** February 27, 2025 |

**TO:**     STATE WORKFORCE AGENCIES
STATE WORKFORCE LIAISONS
STATE WORKFORCE DEVELOPMENT BOARDS AND STAFF
LOCAL WORKFORCE DEVELOPMENT BOARDS AND STAFF
AMERICAN JOB CENTER DIRECTORS
ETA COMPETITIVE GRANTEES
COMMUNITY COLLEGES AND TRIBAL COLLEGES
STATE APPRENTICESHIP AGENCIES
JOB CORPS CENTER DIRECTORS

**FROM:**     AMY SIMON
Acting Assistant Secretary

**SUBJECT:**     Cancellation of Training and Employment Notice (TEN) No. 21-24:  *Immediate Implementation of Executive Orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity"*

1.  **Purpose.** To change the status of TEN No. 21-24 from active to cancelled.

2.  **Action Requested.** Please disseminate this information to appropriate staff.

3.  **Summary and Background.**

    a.  Summary – TEN No. 21-24, Change 1, changes the status of TEN No. 21-24 to cancelled.

    b.  Background – In compliance with the Preliminary Injunction issued on February 21, 2025, in the United District Court for the District of Maryland, *National Association of Diversity Officers in Higher Education v. Trump*, 25-cv-333, effective immediately the Employment and Training Administration is rescinding TEN No. 21-24, *Immediate Implementation of Executive Orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity,"* which was issued on January 22, 2025.

4.  **Details.** The status of TEN No. 21-24 has been changed to cancelled.

5.  **Inquiries.** Please direct inquiries to the appropriate Regional Office.

6.  **References.** N/A

7.  **Attachments.** N/A

**EMPLOYMENT AND TRAINING ADMINISTRATION**
**U.S. DEPARTMENT OF LABOR**
**WASHINGTON, D.C. 20210**