**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL URBAN LEAGUE, et al.,
*Plaintiffs*,

v.

DONALD TRUMP, in his official capacity as
President of the United States, et al.,
*Defendants*.

No. 1:25-cv-00471-TJK

**DECLARATION OF KRISTINA RASMUSSEN**

I, Kristina Rasmussen, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am the Executive Director of Do No Harm.

3.      Do No Harm is a nationwide membership organization of physicians, healthcare professionals, students, patients, and policymakers who want to protect healthcare from divisive and discriminatory practices and unscientific and extreme ideologies—especially based on race and gender. Do No Harm accomplishes its mission through education and advocacy about the dangerous and discriminatory ideas being embedded within medical education, training, research, practice, and policy.

4.      For example, Do No Harm supported a doctor who sued the Centers for Medicare & Medicaid Services. *See* Compl., *Colville v. Becerra*, No. 1:22-cv-00113 (S.D. Miss. Aug. 24, 2022), ECF No.1. There, CMS issued a rule offering higher reimbursement rates to medical practices that adopted an "anti-racism plan." 86 Fed. Reg. 64996, 65384 (Nov. 19, 2021). This "equity" policy, *id.*, exceeds the agency's statutory authority; undermines antidiscrimination laws; and appears to be covered by one the challenged executive orders, *see Ending Radical and Wasteful Government DEI Programs and Preferencing*, Exec. Order 14151 §2(b)(i), 90 Fed. Reg. 8339 (Jan. 20, 2025).

5.      Do No Harm sued the Society of Military Orthopaedic Surgeons and the U.S. Navy, who together organize a scholarship and educational program for medical students at naval hospitals.

1

*See* Compl., *Do No Harm v. SOMOS*, No. 1:24-cv-3457 (D.D.C. Dec. 11, 2024), ECF No. 1. The scholarship is awarded to students from "underrepresented" communities. *See* Ex.A. But SOMOS and the Navy do not consider white men to be underrepresented, so they are not eligible. Though that litigation is ongoing, the scholarship appears to be frozen—and SOMOS's DEI committee reportedly disbanded—due to the executive orders that Plaintiffs challenge here. *See* SOMOS Bylaws, art. VIII §1 (revised Jan. 29, 2025), perma.cc/AC7S-T2TR (omitting SOMOS's DEI committee).

6.      Do No Harm also sued the University of Colorado, which hosted visiting medical students for a rotation in its Radiation Oncology Department and awarded $2,000 to each participating student. *See* Compl., *Do No Harm v. Univ. of Colorado*, No. 1:24-cv-03441 (D. Colo. Dec. 12, 2024), ECF No. 1. But the program was open only to "historically underrepresented" minorities, which excluded white and Asian applicants. *See* Ex.B. The University reformed the program to make it race neutral after Do No Harm sued it under federal civil-rights laws. *See* Stipulation, 1:24-cv-03441 (Feb. 13, 2025), ECF No 20.

7.      Do No Harm sued Pfizer, the pharmaceutical giant, over its "Breakthrough Fellowship Program," which awarded internships, scholarships, and a job at Pfizer to graduate students studying business, health, or statistics. *See* Compl., *Do No Harm v. Pfizer, Inc.*, No. 1:22-cv-07908 (S.D.N.Y. Sept. 15, 2022), ECF No. 1. Pfizer required applicants to be black, Latino/Hispanic, or Native American, *see* Ex.C, but it made the program race neutral after Do No Harm sued it under federal civil-rights laws. *See* Stipulation, No. 1:22-cv-07908 (Jan. 31, 2025), ECF No. 41.

8.      In Do No Harm's view, the plaintiffs in this case—the National Urban League, the National Fair Housing Alliance, and the AIDS Foundation of Chicago—also appear to operate racially discriminatory programs.

9.     The National Urban League runs a program called "Project Ready" that prepares 6th- through 12th-grade students for college and careers. The program promises academic and social support, as well as a mentorship program for participating students. *See* Exs.D-F. It also awards a college scholarship to select students in the program. *See* Ex.G. But it is not equally open to everyone; it "specifically targets 11 to 18-year old *African American*" students. Ex.F (emphasis added).

10.     The National Fair Housing Alliance operates the "Inclusive Communities Grant Program," which offers grants to local partners to support homeownership specifically in "Black and Latino communities." Exs.H-I. The grants can go towards many purposes, including preferential loans to home buyers. *Id.* But the program is race-based (either on its face or in its intent): It asks applicants to certify that the granted money will go towards "a community in predominantly Black or Latino census tracts OR will serve clients who are Black or Latino." Ex.J.

11.     Finally, the AIDS Foundation of Chicago advertises multiple race- and gender-based programs. It runs the "Women Evolving Program," which "streamline[s] entry into health care" exclusively for "Black cisgender and transgender women" who have recently finished serving a criminal sentence. Ex.K. It also runs the "Women's Connection," which increases the accessibility of HIV-related care for "cis and trans women of color." Ex.L; *see* Compl. ¶192. And it runs the "Learning Circle Collaborative," which provides leadership training, technical assistance, and grants exclusively for "Black-led social service providers and organizations." Ex.M.

12.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2025

_Kristina Rasmussen_
Kristina Rasmussen
Executive Director of Do No Harm

# Exhibit A



**Username**       **Password**

☐ Keep me logged in       Log In

Search our Articles...       Search

Home    About    Education    Research    Exhibiting    Awards & Funds    Residency Programs    MOTION    Career Center

# The SOMOS E. Anthony Rankin Scholarship Program



Dr. Edward Anthony Rankin, MD earned his medical degree from Meharry Medical College. He completed his internship and orthopaedic surgery residency at the Walter Reed Army Medical Center, Washington DC.

Dr. Rankin's impactful military career included serving as the Chief of orthopaedic surgery at the 12th and 95th evacuation hospitals in Vietnam during the war. He also served as faculty for Howard University, providing mentorship and serving as a role model for generations of medical trainees. He was the first black president of AAOS in 2008 and he received the AAOS diversity award in 2016 for his promotion of diversity. Dr. Rankin's youngest son, Marc Rankin is an sports medicine trained orthopaedic surgeon currently serving as faculty at the Howard University College of Medicine.

The Society of Military Orthopaedic Surgeons (SOMOS) is an organization that aims to advance the practice of military orthopaedic surgery through leadership, education, research and collaboration. SOMOS is dedicated to advancing diversity within military orthopaedics. Medical students at U.S. MD and DO schools are welcome to apply. This scholarship is supported by the diversity, equity, and inclusion committee of SOMOS.

The **E. Anthony Rankin Scholarship Program** is meant for underrepresented medical students to have the opportunity for exposure to orthopaedic surgery in the military setting and all of the subspecialties within the specialty. It is *not a requirement for the student to go into orthopaedic surgery* as a specialty. There is also no *military commitment* associated with this scholarship.

<u>Who is eligible?</u>

1. Medical students at a U.S. MD or DO program.
2. MS1-MS4 students are welcome to apply. *Preference given to MS1 and MS2's.*
3. Civilian students (no HPSP or USU students allowed to apply).
4. Identify with an underrepresented gender or racial background in orthopaedics.
5. In good standing with school.

<u>Scholarship Award</u>

Up to an **$12,000 award** will be given to up to **8-10 students** for a 4 week immersive experience at Walter Reed National Military Medical Center or the Naval Medical Center San Diego. Funding will cover travel,

### Quick Links

Renew Membership

Submit Abstracts

Annual Meeting

SOMOS Apparel Store

Extremity War Injuries

Your CME Record

### SOMOS Exhibitors

**A BIG Thank You to all our 2024 Sponsors and Exhibitors!**

**PLATINUM**

Arthrex, Inc. - *Grantor*

Johnson & Johnson MedTech

Pacira BioSciences, Inc.

Stryker

**GOLD**

Red One Medical

Vertex Pharmaceuticals

**SILVER**

Acumed

Bioventus

Orthofix, Inc.

Smith+Nephew

TriMed

Vericel

**BRONZE**

CONMED

Zimmer Biomet - *Grantor*

housing, and daily per diem for the duration of the rotation. There is potential for a research project. Rotations will be June 2 - June 28, 2025.

[More information about Walter Reed's Residency Program can be found here.](#)

[More information about San Diego's Residency Program can be found here.](#)

**How to apply?**

1. CV
2. Letter of good standing from university.
3. 1/2 page minimum personal statement explaining your interest in the scholarship award and how it would benefit you.
4. Recent photo

Submit all documents in PDF format and photo in JPEG or TIFF format. Please follow the directions below.

**Selection Process and Submission Deadline**
**Applications are due by December 2, 2024.** The top candidates will be chosen and notified by January 14, 2025.

Click here to apply

*Please direct all scholarship questions to Audrey McDonough at amcdonough@datatrace.com.*

**COPPER**
[Skeletal Dynamics](#)

More...



Back to top ⌃

© 2025 The Society of Military Orthopaedic Surgeons
110 West Road, Suite 227
Towson, MD 21204
866-494-1778
[info@somos.org](mailto:info@somos.org)

powered by **MemberClicks**

# Exhibit B



# Department of Radiation Oncology

School of Medicine

# Underrepresented Minorities Visiting Elective Scholarship

The University of Colorado Department of Radiation Oncology is offering a visiting elective scholarship to fourth-year medical students underrepresented in medicine (URiM). This scholarship will provide up to $2,000 reimbursement to help with the costs of lodging, travel, and related expenses for a four week elective

in our department.

## Who should apply:

The scholarship is open to anyone who identifies with groups who are recognized as historically underrepresented in medicine including but not limited to African American/Black, Native American, Hispanic/Latino, Pacific Islander, LGBTQ+, or those from a disadvantaged socioeconomic background.

Students must be enrolled in their final year of medical school at an LCME-accredited institution and be in good academic standing. Students should additionally apply for this rotation through the VSLO. Please see the School of Medicine Education website for application requirements.

## Application Requirements:

Please send a brief statement of interest (no more than one page), curriculum vitae, and a recent unofficial medical school transcript to Sandra.Korn@cuanschutz.edu.

## Selection

Scholarships will be awarded prioritizing applicants' interest in pursuing a career with underserved populations, service, leadership, and academic achievement. Applications will be reviewed on a rolling basis through the end of the calendar year.

## Elective Description:

Whether you are pursuing a career in radiation oncology or another specialty, we see value in learning about the role of radiation therapy in the management of patients with cancer and benign conditions.

Objectives for the rotation include:

- Learn to perform focused oncologic histories and exams.
- Organize and deliver concise patient presentations with an introduction to oncology workups and treatment plans.
- Familiarize yourself with the workflow of a patient going through radiation treatments including initial consultation, treatment planning, treatment delivery, side effects management, and follow-up care.
- Attend multidisciplinary conferences and clinics, daily morning chart rounds to review patient care, and dedicated resident didactic sessions.
- In the last week of your elective, you will deliver a formal case-based presentation on a cancer-related topic. The patient case and topic should be identified in the first two weeks of the rotation with opportunity for you to review your presentation with the attending.
- Get to know our residents, attendings, and team. We are excited to get to know you (and convince you to join our field if not already)!

We will loan a copy of Essentials of Clinical Radiation Oncology, Second edition for recommended reference reading during the rotation.

# Exhibit C



**Search for Jobs**        **Candidate Home**        **Job Alerts**

# Breakthrough Fellowship Program Associate

**Continue Application**

📍 United States - New York - New York City
   United States - Massachusetts - Cambridge

🏷 Full time

🕐 Posted 6 Days Ago

📄 4862170

ROLE SUMMARY

Supporting the next phase in the Breakthrough Fellowship Program, which is designed to enhance our pipeline of diverse talent of leaders. The Breakthrough Fellowship Program, first-of-its-kind, works to advance students and early career colleagues of Black/African American, Latino/Hispanic and Native American descent with a goal of developing 100 fellows by 2025. One of Pfizer's Bold Moves is to create a workplace for all, and we are committed to increasing diversity by fostering a more inclusive workplace.  Every Pfizer 'Breakthrough' program is designed to cultivate a pipeline of diverse talent.  Everything we do is driven by our purpose.

This is 2nd step of the Breakthrough Fellowship Program and supports fulltime employment with the Pfizer business unit who hosted your internship.

ROLE RESPONSIBILITIES

- Align with responsibilities of an Associate among the Breakthrough Fellowship 'home' position
- This fulltime role may include a rotation component that allows you to gain experiences from other teams within your business unit and/or work on other project teams.
- The expectation of this role is to further develop your enterprise knowledge of Pfizer and deliver priorities that align to your team.
- In this role you would gain experiences to support your application and successful admission in the fall 2025 to a Master of Business Administration degree (MBA), Master of Public Health (MPH) or Masters of Statistics (MS) degree consistent with the BFP.

BASIC QUALIFICATIONS

- Successful completion of Breakthrough Fellowship 10 week internship 2022
- Strong critical thinking, presentation, written and oral communication and interpersonal skills
- Proven ability to work as part of team
- Ability to quickly acquire knowledge in critical issue areas
- Bachelor's degree

PREFERRED QUALIFICATIONS

- Spring 2023 completion date for Undergraduate

Additional info:
This job posting will close

Relocation assistance may be available based on business needs and/or eligibility.

**Pfizer requires all U.S. new hires to be fully vaccinated for COVID-19 prior to the first date of employment.  As required by applicable law, Pfizer will consider requests for Reasonable Accommodations.**

**Sunshine Act**
Pfizer reports payments and other transfers of value to health care providers as required by federal and state transparency laws and implementing regulations.  These laws and regulations require Pfizer to provide government agencies with information such as a health care provider's name, address and the type of payments or other value received, generally for public disclosure.  Subject to further legal review and statutory or regulatory clarification, which Pfizer intends to pursue, reimbursement of recruiting expenses for licensed physicians may constitute a reportable transfer of value under the federal transparency law commonly known as the Sunshine Act.  Therefore, if you are a licensed physician who incurs recruiting expenses as a result of interviewing with Pfizer that we pay or reimburse, your name, address and the amount of payments made currently will be reported to the government.  If you have questions regarding this matter, please do not hesitate to contact your Talent Acquisition representative.

**EEO & Employment Eligibility**
Pfizer is committed to equal opportunity in the terms and conditions of employment for all employees and job applicants without regard to race, color, religion, sex, sexual orientation, age, gender identity or gender expression, national origin, disability or veteran status.  Pfizer also complies with all applicable national, state and local laws governing nondiscrimination in employment as well as work authorization and employment eligibility verification requirements of the Immigration and Nationality Act and IRCA.  Pfizer is an E-Verify employer.

Bus Dev & Strategic Planning

**About Us**



Pfizer careers are like no other. In our culture of individual ownership, we believe in our ability to improve future healthcare, and potential to transform millions of lives. We're looking for new talent to join our global community, to unearth new innovative therapies that make the world a healthier place.

**Read More** ⌄

Follow Us

  



© 2022 Workday, Inc. All rights reserved.

# Exhibit D



I WANT TO …    🔍

# Project Ready

Preparing children for college, work, life

Our children are tomorrow's leaders, and each deserves all the necessary tools to thrive and succeed. The National Urban League founded **Project Ready** in 2008 to provide youth with a spectrum of supports, services, and opportunities not always found in the classroom.

# Our Approach

*Project Ready* is a college and career access initiative for students in grades 6-12. Our program addresses academic, social, and emotional needs while guiding students through the crucial transition from high school to college and beyond.

Our five (5) key components that bring our vision of a more equitable education system to life:

- Academic Supports

- Health & Wellness

- College & Career Readiness

- Youth Leadership & Civic Engagement

- WeLead: Youth Facilitator Development

The program is executed on the ground through the work of our affiliate network, and is based on three models:

- The Magnet Model: supports students at a site out of school

- The School-Based Model: supports students at school after school hours

- The Expanded Day or year Model: features additional learning and development time added to the school day

Our goal is to expose youth to the many possibilities of a higher education and provide them with the skills and pathways to get there.

Project Ready | National Urban League

# See highlights from our latest Youth Leadership Summit



(https://nul.org/event/2024-youth-leadership-summit)

2024 YOUTH LEADERSHIP SUMMIT (HTTPS://NUL.ORG/EVENT/2024-YOUTH-LEADERSHIP-SUMMIT)



## 2025 Empowerment Goal

# Every American child is ready for college, work and life

# Our Impact

Since launching in 2011, **Project Ready** has provided over 11,000 young people across the country with academic support, life skills, and exposure to college access programs to prepare them for life after high school.

Additionally, **Project Ready** tracks more than 2,000 students through the National Student Clearinghouse as they transition to college. Some of our affiliates also help students navigate the challenges of that pivotal first year.

2023 Youth Leadership Summit (/event/2023-youth-leadership-summit)

# 6,212

number of students enrolled and served through signature education and after-school programs in 2023

# 100%

percentage of Project Ready seniors who graduated from High School on time in 2023

Project Ready | National Urban League

# 93%

of enrolled youth who have moved to the next grade



SUPPORT THIS PROGRAM
(/DONATE)

## National Urban League

80 Pine Street, 9th Floor │ New York, NY 10005
Phone: 212-558-5300

Careers at NUL (https://nul.org/careers-at-NUL)   |   Contact Us (/contact-us)   |   Media Inquiries (mailto:tcandori@nul.org)   |   Privacy Policy (/privacy-policy)   |   Site Map (/sitemap)   |   Terms of Use (/terms-of-use)

©2025 NATIONAL URBAN LEAGUE

## Stay Connected to the Movement

| Email Address | SIGN UP |

 (https://www.instagram.com/naturbanleague)        (https://twitter.com/naturbanleague)

𝐟   (https://www.facebook.com/NatUrbanLeague)

(https://www.youtube.com/user/IAmEmpoweredVideo)

(https://www.linkedin.com/company/national-urban-league/)

Charity Navigator  (https://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=4200)

BBB  (http://www.give.org/charity-reviews/national/human-services/national-urban-league-in-new-york-ny-2028)

Authorize.Net  (https://verify.authorize.net/anetseal/?pid=9dd0fbba-d6c6-42e3-b0ea-d43d8d8e03a6&rurl=https%3A//apollo.iamempowered.com/donate)

# Exhibit E



**National Urban League** | *The Division of Education & Youth Development*

The National Urban League's evidence-based and scalable signature programs are professionally implemented by local Urban League affiliates to enhance the economic and educational status of our constituents.

# Project Ready

**A SIGNATURE PROGRAM OF THE NATIONAL URBAN LEAGUE**

PROJECT READY



## Our Approach.

*Project Ready* prepares African American and other historically underserved youth for college and career, utilizing a set of evidence-based standards, impactful local and national partnering, innovative content, asset-based approaches, professional development, and practical tools specifically designed for, and unique to, the Urban League Movement. In order to grow into healthy, responsible adults, youths require a range of developmentally appropriate supports, services, and opportunities, only some of which are provided in schools.

**1,537**
*students were served across 25 programs in 2018*

**89%**
*feel that they have brighter plans for their futures and are better informed on college options/readiness*

**94%**
*feel that they are better informed on career preparedness*

**93%**
*believe that they can make the world better*

**2025 EMPOWERMENT GOAL**
Every American child is ready for college, work and life.

**THE NATIONAL URBAN LEAGUE'S SIGNATURE EDUCATION PROGRAM, *PROJECT READY,*** helps 6th through 12th grade students to progress academically and intellectually, to benefit from college culture enrichment and support opportunities, and to develop important skills, attitudes, and aptitudes that position them well for success during and after high school.

For the National Urban League, readiness means that youth have the necessary skills, attitudes, information, perspective, and intellectual and social capital necessary for success and achievement without needing remediation in the first year of college or career.



**15,000**

STUDENTS HAVE BEEN SERVED THROUGHOUT THE 11 YEARS OF *PROJECT READY*

# Accomplishments.

In 2018, the National Urban League asked 1,537 participants across 25 programs if they had learned more or were behaving differently compared to before they joined *Project Ready.* An average of 9 out of every 10 respondents felt that they were planning better for their future, were more informed on how to best navigate college campuses in regard to their needs and interests, and were better educated on how to prepare for the type of career path they wanted. Assisting students in making the leap from aspiration to reality is a challenge of out-of-school time programming that *Project Ready* specifically and intentionally addresses.

**PROVIDING YOUTH WITH PRODUCTIVE EXPOSURE** to an array of learning and developmental opportunities, knowledgeable adults outside their families, and motivated peers can result in very different levels of student development and achievement.[1] In fact, research demonstrates that a substantial percentage of achievement and academic success for high-income students can be explained by their increased access to educational opportunities in non-school settings.

## FINDINGS REPORTED IN 2018 FOR *PROJECT READY*

**73%** of students claim they attend school more often as a result of participating in the program

**76%** of students increased their ability to achieve personal goals in social interaction while maintaining positive relationships

**66%** of students increased the adult network available to them at times of stress



Readiness means that youth have the necessary skills, attitudes, information, perspective, and intellectual and social capital necessary for success and achievement without needing remediation in the first year of college or career.

# Enhancements.

All *Project Ready* programs share fundamental goals and program standards that include specialized supports targeting various program areas, specific age groups, career interests, and academic opportunities for improvement. The National Urban League has developed several innovative program enhancements based on the core *Project Ready:* Postsecondary Success model, including:

- **MIDDLE SCHOOL TRANSITIONS**
- **LITERACY COACH**
- **MENTOR**
- **HISTORICAL & CULTURAL LITERACY**
- **STEAM (SCIENCE, TECHNOLOGY, ENGINEERING, ARTS/AGRICULTURE & MATH)**
- **FINANCIAL CAPABILITY**
- **SERVICE LEARNING**



**+** MORE THAN
**1-in-3**
**=** *PROJECT READY* YOUTH PARTICIPANTS WOULD BE THE FIRST IN THEIR IMMEDIATE FAMILIES TO ATTEND COLLEGE.

1. Karl L. *Alexander,* Doris R. *Entwisle,* Linda S. *Olson.* Source: Educational Evaluation and Policy Analysis, Vol. 23, No. 2 (Summer, 2001), pp. 171-191

# Participants.

Most of the young people in *Project Ready* are African American, slightly skewing female. Although some may be struggling academically, most are strongly oriented toward going to college, finding the right career path, preparing for their futures, and improving their prospects.

## In 2018

*participants ranged from grades 6 through 12:*



13%
9th grade

14%
8th grade

25%
10th grade

7%
7th grade

2%
6th grade

19%
12th grade

20%
11th grade

# Services.

All *Project Ready* programs must adhere to the educational and youth development principles set forth in the National Urban League's *Project Ready* 2.0 Curriculum and the Youth Development Framework & Guide, including the use of planning and activity templates designed to encourage and support intentional programming.

# Success Story

**CHEYNEY** enrolled in the Louisville Urban League's *Project Ready* program with an expressed interest in majoring in communications. She was hoping for a career in radio or television. With the help and guidance of the program, Cheyney readily applied to several higher education institutions in Kentucky and surrounding areas.

**RESULT:** Cheyney was accepted to Morehead University, the University of Louisville, Western Kentucky University, and Fisk University. While attending an HBCU Showcase, she was also accepted to Alabama A&M. Cheyney hopes to not only attend Alabama A&M but also to receive a track sponsorship.

## WHAT CHEYNEY HAD TO SAY...

*When asked what she gained from her participation in Project Ready, Cheney believes that she now has greater insight into the college application process, the inherent financial value of attending college, and the importance of researching financial information and identifying scholarships available as early as possible.*

# Success Stories.

**JORDAN** is an active member of the *Project Ready:* Mentor program at the Fort Wayne Urban League. At 13 years of age, Jordan is a Youth Advocate, Published Author, and National Speaker. After struggling in school, earning failing grades, and crying herself to sleep every night, Jordan was diagnosed with a learning disability. She refused to call it a disability because she says nothing is wrong with her and that she just learns differently. Instead of allowing the diagnosis to become a barrier for her, she decided to turn it into a blessing for others. There are thousands of kids just like her. She wrote *My Gift of Difference*, a book that teaches kids how to embrace all of their differences. Jordan has taken her "gift of difference" message to hundreds of kids in a number of cities across the country.

**RESULT:** Most recently, Jordan had the honor of telling her story at the National Urban League Youth Leadership Summit, where she shared the stage with Dr. Kendall Jasper and National Urban League President, Marc H. Morial. Jordan said that the Summit was a life-changing experience for her and she was very excited to receive the Youth Speakers award.

**A PORTION OF THE POEM JORDAN READ AT THE SUMMIT:**

*"Six million kids have a learning disability, Attention Deficit Disorder, Dyslexia, and Dysgraphia, just to name a few...Society calls it a disability, I call it learning differently...Six million kids are in special education because sometimes their minds just can't return from vacation. It doesn't mean they are stupid, it doesn't mean they are slow, It also doesn't mean that they don't know, it just means they see the world differently, they receive things differently, but they don't want to be treated differently, they want to be loved and respected equally. This is me, because I have the gift of learning differently. I have what they call ADD."*

**LAURYN** is an active member of the *Project Ready:* Mentor program in the Houston Area Urban League. While a junior at Worthing High School, Lauryn was featured in a Houston Chronicle article, "Loss of jobs, business puts Sunnyside in peril." The article mainly discussed the spiraling of defunct businesses and unemployment rate in her community. It also mentioned a summer youth employment hiring event at her school, "Hire Houston Youth." The Mayor's summer employment program for youth links government institutions, businesses, and community organizations with area schools to offer internship and job opportunities to youth ages 16 to 24.

**LAURYN WAS AMONG THE 200 YOUTH WHO ATTENDED THE HIRING EVENT** *at Worthing High School and one of the lucky few that received a job offer because of her self-confidence and excellent communication skills. However, the Houston Area Urban League (HAUL) Education and Youth Development staff would like to attribute her participation in the Project Ready NULITES job readiness workshops – "Interviewing Techniques" and "Resume Writing"—as factors which secured the summer job offer. Members of HAUL's Guild and volunteer auxiliary provided speakers to help students prepare for the hiring event. Lauryn attended the workshops, visited HAUL's CAN Center, and HAUL's designated room at Worthing High countless times to receive assistance in order to perfect her resume.*



**National Urban League**

80 PINE STREET, 9TH FL
NEW YORK, NY 10005
212 558 5300

KINDLY CONTACT:
EDUCATION@NUL.ORG
**NUL.ORG**

# Exhibit F



[National Urban League (/index.php/)](/index.php/)

I WANT TO …



# Project Ready Mentor

Guidance at every stage of life

**The guidance and support of good mentors are critical to success at every stage of life. Students who benefit from strong mentors are more likely to maintain focus, earn higher grades, finish high school, and proceed to college.**

*Project Ready Mentor* helps students progress academically and intellectually, benefit from enrichment opportunities, and develop important skills, attitudes, and aptitudes that position them for success during and after high school. This National Urban League signature program enhancement, funded by the United States Department of Justice's Office of Juvenile Justice and Delinquency Prevention (OJJDP), Abbvie Foundation, and a range of local community funders, specifically targets 11 to 18-year-old African American and other urban youth who are particularly vulnerable to disengagement from school, community, and the workforce.

With over 9,000 youth served since 2020, the *Project Ready* Mentor program continues to provide the encouragement and inspiration students need to thrive academically, personally, and socially. Below, read success stories from several *Project Ready Mentor* program mentees and mentors about the impact the program has had on their lives.

SUCCESS STORIES (/BASIC-PAGE/PROJECT-READY-MENTOR-SUCCESS-STORIES)

# Our Approach

Youth success is often chiefly attributed to school-based factors, yet academic accomplishment is not the only consideration. Rather, to grow into responsible adults, youth require a range of appropriate supports, services, and opportunities, only some of which exist in their communities and home lives.

These opportunities and supports can exist in a mentor relationship, community-based program, or internship. For most urban and vulnerable youth, the location of meaningful relationships and opportunities matters far less than their sustained presence and quality.

**Project Ready Mentor** provides these resources and supports via two approaches:

1. RELATIONAL APPROACH: Aims to develop a sense of efficacy and a close, trusting emotional connection between the mentor and mentee via activities, such as reading and discussing books or magazine articles where there is common interest or volunteering together.

2. INSTRUMENTAL APPROACH: Focuses primarily on encouraging the mentee to grow and learn through goal-oriented activities found in *Project Ready*, including going on college visits together, working on projects such as building a robot, and developing a small business/ entrepreneur plan together

# Our Impact

# 9,496

young people served since 2020

# 182

hours of mentoring and youth development provided per participant per year

# 30

participating affiliate sites

# National Urban League

80 Pine Street, 9th Floor ⎮ New York,NY10005
Phone:212-558-5300

Careers at NUL (https://nul.org/careers-at-NUL) ⎮ Contact Us (/contact-us) ⎮ Media Inquiries (mailto:tcandori@nul.org) ⎮ Privacy Policy (/privacy-policy) ⎮ Site Map (/sitemap) ⎮ Terms of Use (/terms-of-use)

©2025 NATIONAL URBAN LEAGUE

## Stay Connected to the Movement

Email Address                                    SIGN UP

 (https://www.instagram.com/naturbanleague)     (https://twitter.com/naturbanleague)

 (https://www.facebook.com/NatUrbanLeague)

(https://www.youtube.com/user/IAmEmpoweredVideo)

(https://www.linkedin.com/company/national-urban-league/)

Charity Navigator (https://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=4200)

BBB (http://www.give.org/charity-reviews/national/human-services/national-urban-league-in-new-york-ny-2028)

# Exhibit G



Scholarship Search
(https://bigfuture.collegeboard.org/scholarship-
search) 🔍 ♡ (https://bigfuture.collegeboard.org/scholarship-
search/scholarship-list)

Scholarship Directory (/scholarships)

# National Urban League Scholarship

National Urban League

**Not Open Yet**

| Add to List |
| :---: |

## About the Scholarship

Opens: 9/1/2024   Closes: 12/1/2024

The National Urban League Scholarship is available to active members of the NUL Youth Council. Current Project Ready students who are planning to attend a postsecondary institution in the U.S. are welcome to apply.

## Award Amount Varies

✏️ Essay Required: Yes

🏺 Need-Based: No

🏆 Merit-Based: No

🔗 Website (Https://Www.Dennyshungryforeducation.Com/)

| Apply Now |
| :---: |

## Requirements

- Member of the National Urban League Youth Council and enrolled in Project Ready
- Minimum 2.50 GPA
- Resident of the U.S.
- High school senior
- Seeking a professional certification, associate, or bachelor's degree
- Planning to attend school in the U.S.
- U.S. citizen or permanent resident

---

## Details      Expand All  |  Collapse All

Pursued Degree Level
(/#)

Professional Certification, 1-year Certificate, Associate Degree, Bachelor's Degree

# Exhibit H

# Funding Opportunity Announcement



The Inclusive Communities Fund Grant Program at NFHA reinvests fair housing settlement funds intended for community relief into neighborhoods or populations that have been destabilized by housing discrimination. Inclusive Communities empowers all individuals to access safe, sustainable housing of choice; creates inclusive, healthy, and well-resourced neighborhoods of opportunity; and addresses systemic barriers that limit equitable housing opportunities for everyone.

**NFHA is seeking applications for its Inclusive Communities Fund Grant Program by October 14, 2022.**

The Inclusive Communities Fund is seeking local partners in 16 metropolitan areas to provide direct services to families and communities. Grants will be provided to our local partners to undertake activities that support Black and Latino communities to access housing (with an emphasis on homeownership) and that support more inclusive, vibrant and healthy neighborhoods. These funds were made available as part of a historic settlement that provided $35.390 million for community relief.

Grants are available to support activities in the following metropolitan areas:

**Metro Areas Eligible for Funding**

- Albuquerque, New Mexico
- Baltimore, Maryland
- Charleston, South Carolina
- Kansas City, Missouri
- Las Vegas Region, Nevada
- Louisville, Kentucky
- Memphis, Tennessee
- Minneapolis, Minnesota
- Newark Region, New Jersey
- Prince George's County, Maryland
- Philadelphia, Pennsylvania
- Phoenix Region, Arizona
- Providence Region, Rhode Island
- San Diego Region, California
- Tucson, Arizona
- Washington, D.C.



Please [...] ement for the full details on this opportunity.

Download the **application questions** and submission guidelines.

Join us for a webinar on **September 27, 2022, at 1 p.m. ET** to learn more about the opportunity and to ask questions about the grant program and application. **Register here**.

## Keys Unlock Dreams



This nationwide homeownership initiative is led by the National Fair Housing Alliance. **Visit Website.**

Our Organization

Take Action

Members

Resources

**REPORT HOUSING DISCRIMINATION**

**REPORT HATE**

©2025 NFHA. All Rights Reserved.

Privacy Policy

# Exhibit I

**NFHA**



# FUNDING OPPORTUNITY ANNOUNCEMENT

The National Fair Housing Alliance (NFHA) is the country's only national civil rights organization dedicated solely to eliminating all forms of housing and lending discrimination and ensuring equitable housing opportunities for all people. Through its education and outreach, member services, public policy, advocacy, housing and community development, tech equity, enforcement, and consulting and compliance programs, NFHA works to dismantle longstanding barriers to equity and build diverse, inclusive, well-resourced communities.

NFHA is seeking applications for its Inclusive Communities Fund Grant Program by **October 14, 2022.**

## About the Inclusive Communities Grant Program

The Inclusive Communities Grant Program at NFHA reinvests fair housing settlement funds intended for community relief into neighborhoods or populations that have been destabilized by housing discrimination. Inclusive Communities empowers all individuals to access safe, sustainable housing of choice; creates inclusive, healthy, and well-resources neighborhoods of opportunity; and addresses systemic barriers that limit equitable housing opportunities for everyone.

## Grant Opportunity

The Inclusive Communities Fund is seeking local partners in 16 cities to provide direct services to families and communities that were part of a large, national fair housing investigation. Grants will be provided to our local partners to undertake activities that support individual access to housing (with an emphasis on homeownership) and that support more inclusive, vibrant, and healthy neighborhoods. This funding announcement seeks programs that serve Black and Latino communities specifically. See additional information on eligible metropolitan areas, activities, and populations below.

## Grant Amount

NFHA will fund grants up to $185,000, with up to 15% allowable for administrative costs. NFHA anticipates partnering with approximately three organizations per metropolitan area.

## Grant Timeline & Reporting Requirements

This will be a 24-month grant, spanning January 1, 2023 – December 31, 2024. The anticipated disbursement timeline and reporting requirements on grant activities are outlined here.

## Eligible Activities

NFHA will fund organizations that provide the following types of direct services:

- Programs supporting new homeownership in Black and Latino communities or directly for Black and Latino buyers;

**NFHA** 

- Programs and services that increase access to credit for Black and Latino communities;
- Programs preserving existing homeownership in Black and Latino communities;
- Increasing affordable housing supply, with emphasis on affordable homeownership;
- Neighborhood stabilization programs and projects, including those that address vacant and abandoned land and housing in Black and Latino communities;
- Physical revitalization projects that create vibrant, healthy communities and further environmental justice; and
- Cross-cutting systemic efforts that improve housing stability for Black and Latino individuals and communities

Note that NFHA is particularly interested in funding race-conscious solutions such as special purpose credit programs, first-generation down payment assistance programs, small-dollar loan programs, programs that address credit access, and programs that prioritize permanent affordability such as shared equity homeownership or community land trusts. See the "*Resources*" section below for more information on NFHA's work in these areas.

## Eligible Metropolitan Areas:

These funds are available to activities serving the following metropolitan areas. Note that projects must prioritize serving census tracts that are predominantly Black and/or Latino and/or Black or Latino residents.

| City/Metro Area |
| --- |
| Albuquerque, New Mexico |
| Baltimore, Maryland |
| Charleston, South Carolina |
| Kansas City, Missouri |
| Las Vegas Region, Nevada |
| Louisville, Kentucky |
| Memphis, Tennessee |
| Minneapolis, Minnesota |
| Newark Region, New Jersey |
| Prince George's County, Maryland |
| Philadelphia, Pennsylvania |
| Phoenix Region, Arizona |
| Providence Region, Rhode Island |
| San Diego Region, California |
| Tucson, Arizona |
| Washington, D.C. |

   

## Interested in applying?

Download the program application **here**. Instructions on submitting your proposal are included in this document.

Join us for a webinar on **September 27 at 1 PM ET** to learn more about the opportunity and to ask questions about the grant program and application. **Click here to register.**

## RELATED RESOURCES

▪ **Targeted First-Generation Down Payment Assistance Programs**
NFHA has worked closely with the Center for Responsible Lending to promote the adoption of first-generation down payment assistance programs that reduce barriers to homeownership for people of color.

▪ **Frontdoor**
NFHA developed Frontdoor, an interactive web service that quickly connects renters who need support paying rent or utilities to programs that provide assistance. This resource helps counteract housing instability, a problem that has become more acute as a result of the COVID-19 pandemic.

▪ **Special Purpose Credit Programs Toolkit**
NFHA and the Mortgage Bankers Association (MBA) launched this online toolkit for mortgage lenders interested in developing Special Purpose Credit Programs (SPCPs). SPCPs permit lenders to offer mortgage credit to economically and socially disadvantaged borrowers and are an important tool for ensuring financial institutions can meet the needs of their consumers.

NFHA also hosted a **Special Purpose Credit Programs Virtual Forum** in September 2021 with the Urban Institute and MBA to provide an overview of SPCPs, the barriers to credit access, and the populations who are most affected by those barriers.

▪ **Neighborhood Homes Investment Act**
NFHA supports the Neighborhood Homes Investment Act as a solution for neighborhoods in which homes are in poor condition and property values are too low to support new construction or substantial renovation. The lack of move-in ready homes makes it difficult to attract or retain homebuyers, causing property values to decline. The Neighborhood Homes Investment Act would revitalize distressed urban, suburban, and rural neighborhoods with federal income tax credits, mobilizing private investment to build and rehabilitate homes for lower- and middle-income homeowners.

# Exhibit J




## Grant Application

If your organization is interested in receiving a grant through the Inclusive Communities Fund Grant program, please submit an application that answers the following questions. *Although we do not have word count requirements, please aim to keep applications to about three pages, not including the budget attachment referenced in question 6).*

1. Provide a summary of your organization's mission and approach, with an emphasis on your organization's commitment to fair housing and racial equity.

2. Please provide a summary of the projects, housing built/developed, or individuals served to date through your program. Include demographics to the extent possible.

3. Please provide a narrative description of your intended activities and outcomes with these grant funds.

4. Specify in quantitative terms, if possible, the intended outcomes of this grant. Please include demographics of any place-based projects. *(For example: number of families you intend to directly support or number of homes you will rehab, demographic profile of the community in which you are doing a physical improvement project, etc.)*

5. Identify three to four key milestones against which we can track your progression of activities along the timeline of the grant. Note that these do not have to be exact, but they can help us understand the projected timeline and cadence of your intended work.

| Anticipated Date | Milestone |
|---|---|
| *Example: June 2023* | *Example: approximately 2 down payment assistance grants will be awarded* |
| | |
| | |
| | |

6. Submit a completed budget (using this template) that outlines your intended use of the funds, totaling the grant amount being requested in this application. Your budget should include items such as staffing and administrative costs (not to exceed 15% of total grant amount) and allowable project costs. Budgets should *not* include items such as pass-through grants, staff travel, meals and entertainment, and professional development.

 

7. Please certify that the activities proposed in this application will serve a community in predominantly Black or Latino census tracts OR will serve clients who are Black or Latino. Include the following information, as relevant to your work:

   a. Census tract numbers or other geographic boundary with Black and Latino population percentages or numbers identified

   b. Demographic data on clients/households served in the last 24 months.

8. Please include the following attachments in your application submission.

   **Checklist of Attachments:**
   ☐ Organization's most recent 990 form
   ☐ Annual report or similar document
   ☐ Annual budget summary
   ☐ Latest Audit
   ☐ Board of Directors list
   ☐ W-9 Form
   ☐ Articles of Incorporation
   ☐ Proof of 501c3 status (letter of determination)
   ☐ Copy of Organization's Bylaws
   ☐ Proposed Budget (same attachment requested question # 6 on application)

## Submitting Applications

Submit applications as a PDF document to [inclusivecommunities@nationalfairhousing.org](mailto:inclusivecommunities@nationalfairhousing.org) no later than **October 14, 2022**.  Applications will be reviewed by a committee and grantees will be notified about grant awards by early December 2022.

You may direct any grant-related questions to [inclusivecommunities@nationalfairhousing.org](mailto:inclusivecommunities@nationalfairhousing.org).

## INFORMATIONAL WEBINAR

Join us for a webinar on **September 27 at 1 PM ET** to learn more about the opportunity and to ask questions about the grant program and application. [Click here to register.](#)

# Exhibit K



Ways to Give    Contact    Search

About HIV        I Need…        Our Work        Get Involved        About AFC        News        Events

# Reentry Services

## Description

AFC's corrections case management program supports returning citizens who are HIV-positive as they are released from incarceration. The program connects clients from the moment they leave jail or prison; with support from AFC and 10 other partners, those clients receive a primary care medical appointment, housing, substance abuse services, and/or mental health services. Why we need it with the increased number of people experiencing…

## Quick Links

**About HIV**

**HIV Care Services – Medicaid, Medicare, and Health Insurance**

**HIV Resource HUB**

**About HIV**

**HIV Workforce and Employment**

**Our work**

**Women Evolving Program and Corrections Case Management**

In 2007, AFC established its Corrections Case Management program, which offers intensive case management to assist criminally justice involved (CJI) people living with HIV in accessing the necessary medical, behavioral, and structural supports to increase life stability and promote continued engagement in the HIV continuum of care.

Since that time, AFC has piloted additional multi-partner, multi-sector reentry initiatives that have 1) streamlined access to comprehensive wraparound supports, including housing and employment, for HIV-positive individuals to returning from jail or prison, and 2) improved systems coordination and capacity to meet the complex needs of cis and trans men

and women returning to Chicago from Illinois prisons and Cook County Jail. The program serves 245 clients a year in the Chicago area.

One of the initiatives, AFC's Women Evolving project, builds on Corrections Case Management and specifically serves criminally justice involved Black cisgender and transgender women living with HIV. Women Evolving is designed to streamline entry into health care, promote retention and HIV treatment adherence, and improve viral suppression rates for justice-involved Black cisgender and transgender women. Women Evolving 1) expedites their access to HIV, primary, and behavioral health care; 2) reduces burdens, barriers, and competing priorities that threaten their retention/engagement in care and treatment adherence; and 3) increases local capacity to deliver culturally competent, trauma-informed supports for the population of focus. To this end, Women Evolving delivers evidence-informed interventions at the client, provider, and system levels.

**Why we need it**

With the increased number of people experiencing incarceration in the U.S., and because of the unique risks people emerging from jail or prison face, maintaining treatment for HIV can be a challenge.

The corrections case management program provides intensive case management to the reentry population to ensure they get connected to care — and stay connected. This program enhances the likelihood of the client not returning to prison, increases health outcomes and reduces death rates.

**Results**

In a 2010 study, it was confirmed that only 23% of participants in the corrections case management project re-entered jail or prison. The statewide re-incarceration rate in 2010 was 51.6%.

In 2022 alone, AFC's Women Evolving program served 42 individuals and Corrections Case Management served 246 people continuing AFC's work to eliminate barriers for returning citizens from jail or prison living with HIV and AIDS by providing key resources normally out of reach.

**Contact**

To connect to the corrections case management program, or to learn more, contact **Donnise Gaffeney** at 866-628-6678.

# Exhibit L




POSITIVE ACTION FOR WOMEN

# FIELD INNOVATIONS: GRANTEE SPOTLIGHT





**WOMEN'S CONNECTION**

The Women's Connection, led by AIDS Foundation of Chicago, is a community-driven network of women in Chicago that collectively works to identify strategies to increase the engagement of women of color in the HIV continuum of care. This project is a part of ViiV Healthcare's *Positive Action for Women* initiative to develop innovative community collaborations to break down isolation and stigma for women of color living with HIV.

## Overview of the Women's Connection

In sync with Illinois' **Getting To Zero (GTZ) Plan** and the local data, the Women's Connection uses a three-pronged approach to strengthen women's leadership, develop a local plan and actionable recommendations and improve care services.



**TASK FORCE**       **LEARNING EXCHANGE CIRCLE**       **COMMUNITY**

Regular meetings, skills building, leadership coaching, collaborative planning and environmental programming that reflects contextual barriers that complicate care engagement, like domestic violence and recent incarceration

• **Who?** Multi-sector providers, cis and trans women, working with women living with HIV

• Bolsters the community of organizations for collaboration and coordination of resources, networks, activities and knowledge to address needs of cis and trans women

• **Who?** Women of color living with and affected by HIV

• Training and support for women to empower themselves through knowledge and leadership opportunities to affect change in their relationships, communities and lives

• **Who?** Women living with and affected by HIV and their social networks

• Adaptive response to women's needs through events that de-stigmatize HIV and connect people to resources and services they desire



> **Because we know women are multi-faceted, we knew we needed to take a multi-level, multi-lens approach.**
>
> — Cynthia Tucker
> *AIDS Foundation of Chicago*

## Our Success – Two Years In

• **Created the recurring Women's Summit** to connect women facing structural and social barriers to services designed specifically for them, including arts and culture elements such as the storytelling performance called *Take My Hand*.

• **Isolated women are connected to care** on the day of diagnosis.

• **Women are reporting more empowerment and acceptance** from their family and friends.

• **More women of color, especially trans women, are at the table** because of built-in avenues for leadership; five trans women of color have been newly appointed to Community Planning Councils.

• **Women and girls' issues were prioritized** in 80 recommendations in the Getting to Zero plan.

• **New energy and ideas are being infused** into the response, catalyzing more collaboration and innovation in Chicago.

  » **225% increase** in the number of organizations in the Task Force. Member organizations also represent a greater variety of services impacting womens' lives.





**Data-Informed Strategy**

The Women's Connection looks at where women are falling off the **HIV continuum of care**—and develops strategies together to help re-connect women to the care that fits their lives best.



Diagnosed with HIV  Linked to care  Retained in care  Virally suppressed

 **Learn more about ViiV Healthcare and initiatives at www.viivhealthcare.com.**

1  |  ©2019 ViiV Healthcare Group of Companies. All Rights Reserved. Printed in USA. November 2019

   

POSITIVE ACTION FOR WOMEN

# FIELD INNOVATIONS: GRANTEE SPOTLIGHT

## The Motivation for the Women's Connection

- **The continued murder and mistreatment of trans women** in Chicago opened up feelings of helplessness and the desire to fix a broken system and broken hearts.

- **Women were often not at the table** on HIV-related issues, local research and community planning. Experience showed that women were eager to be a part of something more if they were given the opportunity.

- **Local data** highlighted and underscored these realities. Cis and trans women of color were heavily impacted by HIV and were not being adequately supported in local planning or service delivery. Late HIV diagnosis was high.

- Established and well-respected services are available in Chicago, but there was **no centralized mechanism** to facilitate communication, data sharing, planning or collaboration to connect women to the care they were asking for.

## How do we reach more women living with HIV? Sharing data, a sharpened focus and an appetite for adaptability.

We know that women WANT to be in care. In its initial assessment, the **Women's Connection** found that a main challenge to reaching more women is a lack of epidemiology and community-level data on cis and trans women of color.

The Task Force took on this challenge and uses data in an innovative way to directly address the systems that keep women from care.

- **More up-to-date HIV continuum of care data** are brought to the group. AIDS Foundation Chicago coordinates most case management in Chicago and can help identify where people are engaged and where people are falling out of care.

- **Community assessments** and **group discussion** of data early and often help identify current barriers to care.

- A new **shared data tool** has been developed and being tested with over 30 organizations to more effectively count cis and trans women of color so future planning includes all women.

The creation of the Women's Connection's hallmark community event series—the **Women's Summit**—evolved from an initial idea for a Women's Closet, an event to help women get clothes and items needed to build self esteem and employment prospects.

With both the Task Force and Learning Exchange Circle at the table, the **Women's Connection** refined their focus to support women facing structural barriers—women who were **recently re-entering** society after incarceration, women experiencing **homelessness**, or women experiencing **domestic partner violence**. This involved bringing in other sectors to the Task Force, such as **corrections agencies**, **workforce development organizations** and **women's shelters**, to develop **Women's Summits** and move toward a bigger solution.

With many partners at the table, the Women's Summit evolved to be about more than access to HIV care. It elevated **prevention and self-care** as central pieces of the puzzle. Women often put their own self-care on the back-burner, so the Task Force brought in hair stylists, make-up and clothes donations, mentorship and job readiness experts.

Because of this **organic** approach, the Women's Connection reached women they had never worked with before, diagnosed several HIV and hepatitis C infections and were able to link them all to services on the **day of their diagnoses**.



" As far as my trans experience, a lot of my trans sisters were being murdered. A lot of my trans sisters were being diagnosed as positive with HIV. And they didn't have outlets or resources. I wanted to see what I could do to help my sisters. I wanted to go further, and The Women's Connection really helped me with that. "

— *Meghan Williams*
*Learning Exchange Circle Member*



 | ©2019 ViiV Healthcare Group of Companies. All Rights Reserved. Printed in USA. November 2019    ©Photo by Brissa Del Mar




**POSITIVE ACTION FOR WOMEN**

# FIELD INNOVATIONS: GRANTEE SPOTLIGHT

AIDS FOUNDATION OF CHICAGO



WOMEN'S CONNECTION

## Elements of Success

**Multi-Sectoral**
A multi-sector group is crucial to work against some of the systems that don't allow women to stay in the HIV continuum of care.

**Like-Mindedness**
There is a singularity of focus and mutual striving towards the same goal—everyone is allowed to voice their thoughts.

**Trusted Leadership**
Inspirational, transparent, open and responsive. Leadership was already deeply embedded in the organizational landscape and with the community, which supports the intentional connectivity needed to make real change.

**Clarity of Purpose**
People understand that they have a place and a role within the Getting to Zero plan. Organizations have identified which recommendations are aligned with the services they provide and have signed on to be a part of that systems work.

**Passion for Purpose**
With members who are all highly committed to serving women, Task Force meetings provide space for innovative ideas and organic leadership to surface.

**Network of Relationships**
Relationships are critical to building community trust for the Women's Connection. All members have extensive networks that they leverage for the success of the initiative as a whole.

**Reputation**
Community members know that the Women's Connection members are very approachable, knowledgeable and have high-quality resources. If they don't know the answer to something a community member asks about, they have the connections to find someone who is knowledgeable.

**Use of Data**
In addition to the central role data plays to help the Task Force identify barriers to HIV care, every meeting and activity is evaluated and reflected back into programming to remain relevant and keep with the original vision.

> "We all come to meetings with the same purpose, to learn and get things done."
>
> — *Christina Butler*
> *Learning Exchange Circle Member*

> "The main thing that's contributed to success is that this wasn't a Task Force that people were hand-picked for. It was put out there and you decided if you wanted to join. The women who are on this Task Force are committed to seeing change."
>
> — *Donna Sinclair*
> *Heartland Alliance*



©Photo by Brissa Del Mar



> "What's unique about this is that a lot of the women who are at the table are there not because they have to be, but because they're passionate about what we're doing."
>
> — *L'Oreal Bailey*
> *AIDS Foundation of Chicago*

  **POSITIVE ACTION FOR WOMEN**
# FIELD INNOVATIONS: GRANTEE SPOTLIGHT

AIDS FOUNDATION OF CHICAGO

 WOMEN'S CONNECTION

## Challenges and Solutions

 With Chicago spanning over 200 square miles, it is a challenge to **connect with women and the 30+ organizations in the Task Force** in a space that is easily accessible to all. AIDS Foundation Chicago adapted by **partnering with other ASO's** on the South Side and started using **Basecamp**, a project management software, to keep people connected between meetings.

 **Reaching isolated women** is inherently challenging as their connections to social networks dwindle after an HIV diagnosis. **The Women's Connection has prioritized technical assistance** in branding, marketing and boosting mainstream visibility to connect with more women outside of their current networks.

 There are dynamic challenges to **evaluating the impact of movement-building and collective impact** rooted in an adaptive and organic approach. For women affected by HIV, what looks like a small change in numbers can make a big difference in the lives of women. **The rollout of a shared data collection tool** is in progress and Task Force members will be examining how this new approach impacts their ability to evaluate and understand impact.

 As a multi-organization collaborative, Task Force members **use a variety of data systems** based on funding and other factors. This was a major challenge in creating this shared data collection tool. In retrospect, Task Force members suggest that if another collective is to tackle this important process, they **include clinics and health care organizations** in the process from the very beginning and **prioritize linking the new tool** to a system that is already in place.

 
©Photos by Brissa Del Mar

> " This type of adaptivity is due in part to the "flexibility" of the ViiV Healthcare model and their focus on impact. They are allowing us to use the data to do a more community-driven program that is really innovative. "
>
> — *Cynthia Tucker*
> *AIDS Foundation of Chicago*

 ## CONNECT WITH US

The Women's Connection model is a flexible, adaptive approach that responds to the complex systems and lives of women of color living with and affected by HIV. If you are interested in learning more about the model to help you adapt or replicate elements of the work in your area, please connect with us!

 **Cynthia Tucker**
Vice President of Prevention and Community Partnerships
**ctucker@aidschicago.org**

 **L'Oreal Bailey**
Project Manager of Special Programs
**lbailey@aidschicago.org**

 To learn more about our grantees and the program, visit **https://www.viivhealthcare.com/en-us/positive-action-for-women/**

 Learn more about ViiV Healthcare and its community giving initiatives at **www.viivhealthcare.com.**

# Exhibit M

Case 1:25-cv-00471-TJK          Document 40-1          Filed 03/13/25          Page 52 of 53



Ways to Give     Contact     Search

About HIV          I Need…          Our Work          **Get Involved**          **About AFC**          **News**          **Events**

# Learning Circle Collaborative

## About the Learning Circle Collaborative

The LCC is a capacity-building and technical assistance program for Black-led social service providers and organizations to improve agency infrastructure. Each recipient receives a grant. Grantees are invited to participate in 6 months direct capacity building and technical assistance (at the value of $15,000).

## Quick Links

**Connection to Care Learning Collaborative (CCLC)**

**HIV Workforce and Employment**

**Public Health Boot Camp**

**Training and Professional Education**

## LCC:

• Funds the agency leader to support organizational and leadership capacity building

• Provides individual assessment to help organizations respond, identify and prioritize their capacity-building needs

• Provides technical assistance/coaching tailored specifically to agency needs and their identified challenges

• Provides trainings and workshops on specific challenge areas such as fund development, communications and HR, vaccine awareness & resources

• Provides a safe space for leaders to share lessons learned, build leadership community and trust

## Current members include:

Black Alphabet

Chicago Black Gay Men's Caucus

Life Is Work

Lighthouse Foundation of Chicagoland

Nefuse

Project Vida

## The following subject matter experts guide and deliver curriculum for the program:

Dr. Ulysses Burley, UBetheCure, LLC

Diana Beasley, Management Synergistics, Inc.

Jerome Holston, J.R. Holston Consulting

Johnathon Briggs, Blank Canvas Studios, LLC

Careers and Internships

Chicago HMIS Privacy Policy Notice

Chicago Standard HMIS Privacy Posting

Privacy Policy

FOLLOW US