5B - 02F76801 - 0     Page 1

| | | |
|---|---|---|
| ![EPA logo] U.S. ENVIRONMENTAL PROTECTION AGENCY  Cooperative Agreement | **GRANT NUMBER (FAIN):** 02F76801<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** 5B<br>**TYPE OF ACTION**<br>New<br>**PAYMENT METHOD:**<br>ASAP | **DATE OF AWARD**<br>01/14/2025<br>**MAILING DATE**<br>01/17/2025<br>**ACH#** |

| **RECIPIENT TYPE:** Not for Profit | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:**<br>NATIONAL URBAN LEAGUE, INC.<br>80 Pine Street<br>New York, NY 10005-1702<br>**EIN:** 13-1840489 | **PAYEE:**<br>NATIONAL URBAN LEAGUE, INC.<br>80 Pine Street<br>New York, NY 10005-1702 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Dr. Lydia Isaac<br>80 Pine Street<br>New York, NY 10005<br>**Email:** lisaac@nul.org<br>**Phone:** 212-558-5349 | Ronell Bridgemohan<br>1201 Elm Street, Ste 500, ORATB<br>Dallas, TX 75270<br>**Email:** bridgemohan.ronell@epa.gov<br>**Phone:** 214-665-6459 | Oswald Taylor<br>Mission Support Division, MSDGG<br>1201 Elm Street, Ste 500<br>Dallas, TX 75201-2102<br>**Email:** Taylor.Oswald@epa.gov<br>**Phone:** 214-665-7527 |

**PROJECT TITLE AND DESCRIPTION**

Urban Environmental Justice Collaborative Program

See Attachment 1 for project description.

| **BUDGET PERIOD**<br>01/15/2025 - 01/14/2028 | **PROJECT PERIOD**<br>01/15/2025 - 01/14/2028 | **TOTAL BUDGET PERIOD COST**<br>$ 500,000.00 | **TOTAL PROJECT PERIOD COST**<br>$ 500,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 500,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS**<br>U.S. EPA, Region 6, Grants Management Section<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102 | **ORGANIZATION / ADDRESS**<br>U.S. EPA, Region 6, Environmental Justice, Community Engagement, and Environmental Div.<br>R6 - Region 6<br>1201 Elm Street<br>Dallas, TX 75270 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | **DATE** 01/14/2025 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 500,000 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 500,000 | $ 500,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 40 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB058 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 500,000 |
| | | | | | | | | | $ 500,000 |

5B - 02F76801 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 96,652 |
| 2. Fringe Benefits | $ 30,000 |
| 3. Travel | $ 25,500 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 7,500 |
| 6. Contractual | $ 90,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 202,950 |
| 9. Total Direct Charges | $ 452,602 |
| 10. Indirect Costs: 0.00 % Base | $ 47,398 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 500,000 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

# Attachment 1 - Project Description

The Inflation Reduction Act (IRA) will allocate funding to the National Urban League (NUL), in launching a community-centered project to enhance climate resilience within Black/African American communities disproportionately affected by climate-related disasters. This initiative will conduct needs assessments to identify preparedness gaps, leveraging community input through listening sessions, town halls, and surveys. In the following phases, Affiliates and local coalitions will analyze findings to design tailored disaster preparedness toolkits and action plans that directly address community vulnerabilities. This project aims to empower communities with the resources and strategies needed to anticipate and withstand extreme weather events, building a framework that can be replicated across other National Urban League Affiliates nationwide.

The project activities include enhancing climate resilience in Black/African American communities disproportionately affected by climate-related disasters. The project will begin with comprehensive community needs assessments through listening sessions, town halls, and surveys, identifying critical preparedness gaps. Affiliates will then engage local coalitions, including government and community partners, to develop customized disaster preparedness toolkits. These toolkits will contain tailored resources, such as emergency checklists and local support contacts, to address specific vulnerabilities. Following toolkit creation, Affiliates will implement action plans that mobilize resources, coordinate support for high-risk populations, and advocate with local policymakers. Finally, National Urban League will evaluate the project's impact, consolidating best practices into a scalable model for national dissemination across other National Urban Leagues Affiliates.The project's anticipated deliverables include needs assessment reports that highlight preparedness gaps and customized disaster preparedness toolkits for each community's climate risks. These toolkits will be available online and at libraries and community centers, ensuring broad reach and utility. Together with local coalitions, community-specific action plans will outline tangible actions to strengthen readiness and fight for policy changes. Evaluation reports will calculate the project's impact and provide best practices for other National Urban League Affiliates to pursue resilience strategies countrywide. Increased catastrophe readiness in selected communities, improved local coalitions, and a scalable climate resilience model for affiliates nationwide are expected. The expected outcomes include increased disaster readiness in targeted communities, strengthened local coalitions, and a scalable model for climate resilience that can be shared with affiliates across the country. Black/African American communities in target cities, notably elderly and the homeless, are intended beneficiaries. Improved skills and resources will benefit local affiliates, coalition partners, and community stakeholders, promoting resilience and environmental justice. Direct beneficiaries of this project are underserved Black/African American communities across Austin, Texas; Greenville, South Carolina; and Oklahoma City, Oklahoma.Urban League Affiliate will facilitate opportunities for meaningful input and involvement from environmentally overburdened communities in their cities through listening sessions, townhalls and surveying. These engagements will seek to understand residents' biggest preparedness vulnerabilities regarding extreme weather and climate change. These sub-granted Affiliates will facilitate opportunities for meaningful input and involvement from environmentally overburdened communities in their cities through listening sessions, townhalls, and surveying.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current Environmental Protection Agency (EPA) general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov, R6_EPA_Grants_Programs@epa.gov, and Ossie Taylor, Taylor.Oswald@epa.gov

- MBE/WBE reports (EPA Form 5700-52A):  Debora Bradford, Debora Bradford.Debora@epa.gov, R6_EPA_Grants_Programs@epa.gov, and Ossie Taylor, Taylor.Oswald@epa.gov

- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications:  Ossie Taylor, Taylor.Oswald@epa.gov and Ronell Bridgemohan, Bridgemohan.Ronell@epa.gov

- Payment requests (if applicable): Ronell Bridgemohan, Bridgemohan.Ronell@epa.gov and Ossie Taylor, Taylor.Oswald@epa.gov

- Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables:  Ronell Bridgemohan, Bridgemohan.Ronell@epa.gov

# Programmatic Conditions

**Environmental Justice Collaborative Problem Solving Cooperative Agreement Terms and Conditions**

A. **PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT**

**Performance Reports – Content**

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as problems, delays, or adverse conditions which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan are known.

**Performance Reports - Frequency**

The recipient agrees to submit semi-**annual** performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every three- or six-month period). The reporting periods are *12/ 30 and 6/30 for the duration of the agreement.*

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

**Subaward Performance Reporting**

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries of results of reviews of financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved.

4. Summaries of audit findings and related pass-through entity management decisions.

5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

**B. EJ Grantee Workshops (Virtual and/or In-Person)**

All EJCPS recipients will be required to attend at least one EJ Grantee training workshop hosted by your EPA Region. These trainings will assist all current EPA EJ grant recipients with strategic planning and project management of their grants and/or cooperative agreements, as well as afford recipients opportunities to learn from their peers and other experts. Recipients will need to identify at least one authorized official to participate. Virtual workshops will utilize webinar technology that can be accessed via personal computer. A conference call line will be available for any recipient who doesn&apos;t have the technical capability (i.e. slow internet connection) to access the webinar. Your EPA Project Officer will keep you informed of the dates of the workshops. Each EPA Regional Office will tailor their workshop agenda to the

environmental needs and priorities of workshop participants and local communities in the region. Workshops may include a mix of current and former EJ grant recipients, local community stakeholders, other EPA and federal program personnel, and other attendees. Workshop attendees will come together to provide perspective, insight, and lessons learned regarding environmental justice issues plaguing their communities and ways to address them. Recipients will need to identify at least one authorized official to participate. Recipients are permitted to use awarded funds to pay for travel to the workshops.

## C. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis in order to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer for approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## D. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJCPS project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work*. The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be at the discretion of the designated EPA Project Officer and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding.

## E. Cybersecurity Condition

**Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia**

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

### F. Procurement Terms and Conditions

**The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance  Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.**

### O.  Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the National Urban League, received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

### P. Paperwork Reduction Act

Notwithstanding any references to collection of information in the recipient's application or proposal for EPA funding, the scope of work for this cooperative agreement does not include a survey or other information collection of identical information from 10 or more parties.  No EPA funds (directly paid by EPA or from the recipient's cost share) may be used for the design or administration of such an information collection, and EPA personnel may not participate in such activities.  Reasonable costs for analyzing independently collected information and publishing the results of such information collections are allowable to the extent authorized in the EPA approved budget for this agreement.

### R.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1.) monthly telephone calls and other monitoring,

2.) reviewing project phases and providing approval to continue to the next phase,

3.) reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4.) approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5.) reviewing and commenting on the programmatic progress reports

6) Consultation with EPA regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection.  EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

