UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.,

    *Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

    *Defendants.*

Civil Action No. 25-cv-00471

## DECLARATION OF LISA RICE

I, Lisa Rice, declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Lisa Rice. I am the President and Chief Executive Officer of the National Fair Housing Alliance ("NFHA") and have been since April 1, 2018. I have personal knowledge of the matters set forth herein.

1. On February 27, 2025, I executed a Declaration in support of Plaintiffs' Motion for a Preliminary Injunction to prevent defendant agencies from enforcing Executive Order No. 14151, titled "Ending Radical and Wasteful Government DEI Programs and Preferencing" ("Anti-Diversity1 Order"), issued January 20, 2025;[1] Executive Order No. 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Anti-Gender Order"), issued January 20, 2025;[2] and Executive Order No. 14173,

---

[1] Exec. Order No. 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] Exec. Order No. 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025).

1

titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("Anti-Diversity2 Order"), issued January 21, 2025 (collectively, the "Executive Orders").[3]

2. Since executing that Declaration on February 27, 2025, NFHA has learned of notices sent to our partners that have indicated that we are likely subjects of similar enforcement, arbitrary termination of funds, and chilling of our speech related to diversity, equity, inclusion, and accessibility. I am submitting this supplemental declaration to inform the court of these recent actions and their negative impact on NFHA.

3. As previously declared, NFHA and The Cloudburst Group, Inc. partnered on a program for the United States Department of Housing and Urban Development ("HUD") to develop a financial management program for organizations participating in the Fair Housing Initiatives Program ("FHIP").

4. NFHA and Cloudburst have been collaborating since 2020 through HUD's Community Compass contracts and grants, including joint efforts on HUD's National Fair Housing Training Academy (NFHTA) forums and related initiatives. Cloudburst partners with or provides subgrants to entities like NFHA that possess the requisite expertise to create and support programs for non-profits and clients across the country.

5. Our organizations are aligned in our missions to provide support for those most affected by housing inequities in the United States. Cloudburst's mission is to "prevent and end homelessness; increase the reach of community development; expand economic development opportunities; increase environmental compliance and sustainability; secure land and property

---

[3] Exec. Order No. 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

rights; enhance food security; advance democracy, human rights, and governance; and promote public and behavioral health interventions."

6. Since January 20, 2025, the Defendants' actions have affected contracts that benefited Cloudburst, NFHA, and the organizations they support, such as the FHIP Financial Management program we were developing together. HUD cancelled this program on January 24, 2025, following a Stop Work Order on January 22, 2025 and an earlier email on January 24 in which HUD stated that the program had been "identified as having a primary purpose of advancing DEI [diversity, equity and inclusion]/EJ [environmental justice]" and would be terminated.

7. Since then, we also learned from Cloudburst that HUD has cancelled their remaining Community Compass contracts and that HUD notified Cloudburst that its decision to cancel was based on a determination that Cloudburst's webpage and/or LinkedIn profile had words related to diversity, equity, inclusion or accessibility. See Declaration of Michelle Hayes.

8. The notice and cancellation Cloudburst and other HUD contractors received make clear that the use of speech relating to the concepts of diversity, equity, inclusion, and accessibility, including speech independent of and unrelated to the work undertaken pursuant to a government contract or grant, can result in the termination of funding or other punishment pursuant to the Executive Orders. Thus, we and all other HUD funding recipients are now on notice and under threat that our government contracts and grants are at risk of being canceled if our speech and viewpoints regarding the subject matter of the Executive Orders are not in line with those of the administration.

9. In addition to Cloudburst, NFHA is aware that HUD terminated the funding of other housing organizations at this time for the same stated reasons. Each was determined to be in violation of the Anti-Diversity1 Order based on words that referenced diversity, equity, inclusivity,

3

and accessibility principles found through a search of their webpages and LinkedIn profiles. NFHA partners often with Cloudburst and other organizations that perform work for HUD, and we are well aware of actions taken by HUD in this space.

10.   NFHA does not and cannot shy away from speaking about principles of diversity, equity, inclusion, and accessibility to advance fair housing and lending laws and make progress in achieving open and fair housing and lending. NFHA's webpage and LinkedIn profile, like Cloudburst's, promote these core concepts that are necessary to addressing discrimination and are wholly consistent with longstanding federal civil rights laws, including the Fair Housing Act. As further described in my earlier declaration, some of the words and concepts that are being deemed violations of the Executive Orders and grounds for termination of funding or other punishment are codified in the U.S. laws and/or regulations that NFHA enforces and educates about, making it impossible for NFHA to avoid using them. NFHA and any organization that works on these issues are reasonably and extremely concerned about these very serious and harmful threats and actions taken by HUD that strike at the heart of our work. The chilling effect of the challenged Executive Orders, including the manner in which the Administration is deploying them to defund and otherwise punish any organization that disagrees with the Administration's viewpoint, is significant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: March 17, 2025

_____
Lisa Rice, President and CEO,
National Fair Housing Alliance