UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.,

    *Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

    *Defendants.*

Civil Action No. 25-cv-00471

**DECLARATION OF MICHELLE HAYES**

I, Michelle Hayes, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am Michelle Hayes, President and Chief Executive Officer of Cloudburst Consulting Group, Inc. ("Cloudburst"). I have been with Cloudburst since 2006, and in an ownership role for the past 11 years.

2. I am submitting this Declaration in support of Plaintiffs' Reply Motion for a Preliminary Injunction to prevent defendant agencies from enforcing Executive Order No. 14151, titled "Ending Radical and Wasteful Government DEI Programs and Preferencing" ("Anti-Diversity1 Order"), issued January 20, 2025;[1] Executive Order No. 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Anti-Gender Order"), issued January 20, 2025;[2] and Executive Order No. 14173,

---

[1] Exec. Order No. 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

[2] Exec. Order No. 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025).

1

titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("Anti-Diversity2 Order"), issued January 21, 2025 (collectively, the "Executive Orders").[3]

3. Cloudburst prides itself as a Women-Owned Small Business headquartered in Landover, Maryland. Cloudburst has worked across the Federal government on both domestic and international development projects under five different, both Republican and Democratic, Presidential Administrations since its incorporation in 2005, including the previous Trump administration.

4. Cloudburst has supported the United States Department of Housing and Urban Development ("HUD")'s Community Compass Technical Assistance and Capacity Building Program ("Community Compass") since 2008. HUD's Community Compass initiative funds technical assistance and capacity building activities for communities in the areas of: affordable housing and community development, disaster recovery and resiliency, economic development, environmental review, fair housing, and homeless assistance.

5. NFHA and Cloudburst have been collaborating since 2020 through Community Compass Cooperative Agreements, including joint efforts on National Fair Housing Training Academy (NFHTA) forums and related initiatives. Cloudburst partners with or provides subawards to entities like NFHA that possess the requisite expertise to create and support programs for HUD grantees, including for fair housing, across the country.

6. Our business helps HUD's customers navigate complex housing and community development challenges with direct technical assistance, capacity building, data analysis and

---

[3] Exec. Order No. 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, 90 Fed. Reg. 8633 (Jan. 21, 2025).

performance measurement. We also support state and local governments, as well as non-profits, to implement HUD programs in line with federal regulations, statutes, and requirements.

7. Before February 25th, Cloudburst had 31 active Community Compass Cooperative Agreement awards with a remaining total of $22 million. NFHA was a subrecipient on our Community Compass awards—which meant NFHA operated as a subcontractor under Cloudburst for this specific HUD contract. In partnership with Cloudburst, NFHA was responsible for developing and delivering a training entitled "Fair Housing Initiatives Program Financial Management" and a national seminar designed to enhance financial management and accountability among all FHIP grantees.

8. On January 22, 2025, NFHA and Cloudburst each received a "Stop Work Order" from Community Compass to "cease and desist all work activities associated with environmental justice, diversity, equity, and inclusion (DEI)." The January 22, 2025 "Stop Work Order" email did not say what programs to stop work on. See attached Exhibit A.

9. On January 24, 2025, Cloudburst was informed in a follow-up email from Community Compass that all work plans were under review to "flag, assess, and halt any work inconsistent with the recent Executive Order and OPM implementation memo." The Community Compass email also stated that HUD would be reviewing all materials created under the program for "terms, and variations thereof, related to concepts in the Executive Order." There was a table included in this email of "Terms with explicit relationship to the EOs" and "Terms with conceptual relationship to the EOs." Terms with explicit relationship to the EOs included: "DEI", "DEIA", "Diversity", "Diverse", "Equity", "Equitable", "Inclusion", "Inclusive", "Environmental Justice", "Gender Identity". Terms with conceptual relationship to the EOs included: "Racial", "Marginalized", "Underserved", "Affirmatively", "Affirmative", "Systemic", "Adversely",

"Accessible", "Accessibility", and "Disparate". Again, this email gave notice that programs were under review for certain terms, but did not state which programs would be cancelled. See attached Exhibit B.

10. On January 24, 2025, a second email notified Cloudburst that 16 of its Community Compass workplans had been "identified as having a primary purpose of advancing DEI/EJ" and would be terminated—in relation to the warning emails from January 22. One of the 16 workplans contained a subaward for NFHA. Thus, funding was terminated for NFHA's work on the Fair Housing Initiatives Program Financial Management project, which did not have any reference to diversity, equity, inclusion or accessibility—though the workplan included the word equity. Cloudburst followed all directions for halting work and cancelling the identified work plans. See attached Exhibit C.

11. On February 25, 2025, Cloudburst received an email from [CommunityCompass@hud.gov](CommunityCompass@hud.gov) that said: "Please see the attached letter from the Acting Deputy Secretary regarding all of your FHEO TA awards. At the direction of the Department of Government Efficiency (DOGE), the Administration is terminating all TA awards on the basis that your operations are not in compliance with the Executive Order titled 'Ending Radical and Wasteful Government DEI Programs and Preferencing' **since key words were found on your website or LinkedIn Profile by staff at DOGE**" (emphasis added). See attached Exhibit D.

12. Attached to the February 25, 2025 email was a letter about the Termination for all NFHTA Awards from the Acting Deputy Secretary of HUD Mattew E. Ammon. The letter reiterated that "HUD is terminating these awards, as directed by the Department of Government Efficiency, on the basis that Cloudburst Consulting Group's operations and performance in connection with the subject awards is not in compliance with the Executive Order titled "Ending

4

Radical and Wasteful Government DEI Programs and Preferencing." After this February 25, 2025 email, six of Cloudburst's Cooperative Agreements were cancelled. Each Cooperative Agreement typically funds roughly 40 different workplans, often executed in partnership with subrecipients such as NFHA. See attached Exhibit E.

13. Another similar email and termination letter was sent on February 26, 2025 cancelling Cloudburst's remaining 25 Community Compass Cooperative Agreements. In total, all of Cloudburst's 31 Community Compass Cooperative Agreements were cancelled—meaning hundreds of workplans coordinated with organizations like NFHA no longer have funding or the potential to be funded in the future.

14. Cloudburst has requested, not yet received, clarification from HUD regarding what "key words" found on Cloudburst's website or LinkedIn, or how Cloudburst's "operations and performance" were not in compliance with the Executive Order. HUD has not provided any response to our questions related to the termination of funding for these awards.

15. As a result of these Cooperative Agreement terminations, Cloudburst's clients were caught off guard with the sudden need to stop work on high priority, life-saving assistance. Our small company has experienced sudden and irreparable harm with the loss of anticipated revenue resulting in furlough for 70% of our staff (60 people) by the end of March 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: March 17, 2025

_Michelle L Hayes_
President and CEO, Cloudburst

5