

**Meggan Medina <meggan.medina@cloudburstgroup.com>**

---

## For Immediate Action - STOP WORK ORDER
1 message

---

**CommunityCompass** <CommunityCompass@hud.gov>  Wed, Jan 22, 2025 at 3:03 PM
To: CommunityCompass <CommunityCompass@hud.gov>
Cc: OGrp-Community Compass TA Resources <OGrp-CommunityCompassTAResources@hudgov.onmicrosoft.com>

HUD TA Providers and Partners,

Effective immediately, please cease and desist all work activities associated with environmental justice, diversity, equity, and inclusion (DEI).  OTA is undertaking a process to cancel all work plans or assignments pertaining to these topics, consistent with an executive order issued on Monday, January 20, 2025.  Until we can complete this review and effort in DRGR, this email suffices as notice to stop all work pertaining to these topics. You may complete final billing and closeout these work plans but no other work may occur.

Additional guidance will be provided as we receive additional direction.

Thank you for your attention and for your flexibility. We appreciate the partnership.

Office of Technical Assistance

---

You're receiving this message because you're a member of the OGrp-Community Compass TA Resources group from US Department of Housing and Urban Development. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Microsoft 365 Groups