

Meggan Medina <meggan.medina@cloudburstgroup.com>

## Update on DEI/EJ EO Implementation for HUD TA Programs
1 message

---

**CommunityCompass** <CommunityCompass@hud.gov>  Fri, Jan 24, 2025 at 6:45 AM
To: CommunityCompass <CommunityCompass@hud.gov>
Cc: OGrp-Community Compass TA Resources <OGrp-CommunityCompassTAResources@hudgov.onmicrosoft.com>

Dear TA Providers,

As you may be aware, the Office of Personnel Management (OPM) issued a memo Wednesday providing initial guidance regarding the DEIA-related Executive Orders. Late Wednesday, OTA was directed to take swift action to demonstrate compliance with the 5:00 PM deadline. OTA immediately assumed responsibility for reviewing active technical assistance (TA) work plans to flag, assess, and halt any work inconsistent with the recent Executive Order and OPM implementation memo. This email provides context for the actions OTA has taken regarding TA delivery and HUD Exchange, as well as anticipated next steps. We have shared this information with HUD program offices and leadership and want you to have the same information on work plans and communication adjustments.

As we proceed in implementing these orders, our motto and commitment is "no surprises." To best position the TA program, please instruct your teams to follow our guidance and pause activities that could be considered inconsistent with the Executive Order and OPM memo until OTA can complete a review and provide a determination. Please feel free to reach out to your GTR or CommunityCompass@hud.gov with any questions.

In partnership,

The Office of Technical Assistance Team

**Summary of DEI/EJ Compliance Efforts Underway:**

**Work Plan/TA Activities:**

- Effective at 5:04 pm on 1/22/25, OTA issued an unconditional immediate stop-work order to all TA Providers and HUD GTMs for all work plan activities associated with **environmental justice, diversity, equity, and inclusion (DEI).**
- OTA is reviewing all active work plans containing DEI and environmental justice terms to assess next steps. While we anticipate this process will take time, we wanted to communicate the stop-work directive officially and quickly. We have conducted a search using key terms from the memo and EO, as well as related terms with a conceptual relationship to the EOs.
    - Today, GTRs will insert comments in DRGR to communicate if we found issues with specific work plans. We are prioritizing those that are fully DEI/EJ serving first and then next week, we hope to input comments on the ones that contain DEI terms but are not DEI focused. Please be patient as we work through our review and secure guidance as we proceed.
- Here is OTA's guidance on work plan management:
    - For all TA that is not DEI/EJ in nature, TA delivery and trainings may continue.

- For work plans that are completely DEI/EJ in nature, we will place a comment in DRGR to remind the TA provider of the requirement to stop work, complete final billing, and close out the work plan as soon as possible. In DRGR, we cannot cancel work plans that have an approved budget and placing them "on-hold" inhibits the provider's ability to act for final billing and closeout. Therefore, we are using this comment as the administrative record to demonstrate compliance with the directive and to make clear which work plans we have identified as requiring action.
- If the work plan is mostly DEI related, all work must cease.  HUD may later re-assign the compliant portions but for now, this work plan should be closed.
- For work plans that are not expressly focused on DEI/EJ but have those concepts interwoven from the last administration, I ask that programs and providers stop all DEI work effective as of yesterday. However,  other tasks may continue while we complete our review and seek guidance on whether they should be cancelled or amended. This flexibility should be exercised with great caution to minimize disruption while  ensuring full compliance with the Executive Order and protecting the program.
- If a program office has concerns and wishes to halt other work until there is more clarity, OTA supports that.

**TA Requests and Assignments:**

- No new TA assignments may be issued for activities related to environmental justice, DEI, or similar topics.
- Any assignments issued on these topics where a TA work plan has not yet been submitted must be cancelled immediately.
- If HUD receives a TA request related to DEI/EJ, you must disapprove it.
- If HUD receives a TA request with multiple topics, including DEI/EJ, you may approve the parts of the request that comply with federal policy. Please clarify that the entire request is not approved. Here is sample language that triage/request reviewers may use:
    - "HUD has received your request for TA and we are pleased to approve some of the requested support. Specifically, we will assign a TA provider for XYZ topics.  Effective 1/20/25, per Presidential Executive Order, HUD is not approving TA for topics related to equity at this time."

**Communications**

- Effective Wednesday and retroactively applied to noon Monday on January 20, **no new content is authorized to be posted on HUD Exchange.** The current instructions to ICF regarding HUD Exchange are as follows (**until further notice):**
    - Hold all new file publications
    - Hold all page updates – except revisions to comply with Executive Orders
    - Hold all social media posts from accounts funded by HUD TA work plans, including HUD Exchange
    - Hold all uploads of training videos to HUD Exchange YouTube
    - Hold all listserv email distributions to HUD Exchange subscribers
    - Continue development to comply with Executive Orders
    - Continue operations and site sustainment to comply with Executive Orders

- Effective 1/22/25, OTA directed ICF, Inc., in its capacity as the current TA vendor operating the HUD Exchange website, to scan all content on HUD Exchange for materials that could be inconsistent with the Executive Order and OPM guidance.  ICF is compiling the flagged content into a cloud-based archive, which will be made available to program offices for review in coordination with OTA. The content scan will take place in two phases.

**Phase 1: Assess Content for Patent Coverage by the Executive Order (EO)**

Period of performance: Target 10 days

ICF will scan all posted materials and webpage content for terms covered explicitly in the EO (see below). Materials identified as inconsistent with the EO will be archived. ICF will classify these materials by program area and by whether they can be revised and republished. OTA and program offices will review these materials and assign TA providers to revise any materials that can be republished. If revisions require HUD consultation, ICF will engage OTA and/or the program office. Timely feedback will be essential.

**Phase 2: Assess content for latent coverage by the EO**

Period of performance: Target 30 days

ICF will scan and flag (but not immediately archive) all posted materials and webpage content for terms, and variations thereof, relating to concepts in the EO. Listed below.

ICF will provide HUD with links to flagged materials and webpage content for OTA and program office review. Materials determined by HUD review to be substantively inconsistent with the Executive Order will be archived.

| **Terms with explicit relationship to the EOs** | **Terms with conceptual relationship to the EOs** |
|---|---|
| <ul><li>DEI</li><li>DEIA</li><li>Diversity</li><li>Diverse</li><li>Equity</li><li>Equitable</li><li>Inclusion</li><li>Inclusive</li><li>Environmental Justice</li><li>Gender Identity</li></ul> | <ul><li>Racial</li><li>Marginalized</li><li>Underserved</li><li>Affirmatively</li><li>Affirmative</li><li>Systemic</li><li>Adversely</li><li>Accessible</li><li>Accessibility</li><li>Disparate</li></ul> |

**From:** CommunityCompass <CommunityCompass@hud.gov>
**Sent:** Wednesday, January 22, 2025 5:04 PM
**To:** CommunityCompass <CommunityCompass@hud.gov>
**Cc:** OGrp-Community Compass TA Resources <OGrp-CommunityCompassTAResources@hudgov.onmicrosoft.com>
**Subject:** For Immediate Action - STOP WORK ORDER

HUD TA Providers and Partners,

Effective immediately, please cease and desist all work activities associated with environmental justice, diversity, equity, and inclusion (DEI).  OTA is undertaking a process to cancel all work plans or assignments pertaining to these topics, consistent with an executive order issued on Monday, January 20, 2025.  Until we can complete this review and effort in DRGR, this email suffices as notice to stop all work pertaining to these topics. You may complete final billing and closeout these work plans but no other work may occur.

Additional guidance will be provided as we receive additional direction.

Thank you for your attention and for your flexibility. We appreciate the partnership.

Office of Technical Assistance

---

You're receiving this message because you're a member of the OGrp-Community Compass TA Resources group from US Department of Housing and Urban Development. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Microsoft 365 Groups