

Meggan Medina <meggan.medina@cloudburstgroup.com>

## Action needed for TA Work Plans with DEI/EJ Activity
1 message

**CommunityCompass** <CommunityCompass@hud.gov>　　　　　　　　　　　　　　Fri, Jan 24, 2025 at 3:38 PM
To: Meggan Medina <meggan.medina@cloudburstgroup.com>, "michelle.stowers@cloudburstgroup.com" <michelle.stowers@cloudburstgroup.com>, Michelle Hayes <Michelle.Hayes@cloudburstgroup.com>, "mlh@cloudburstgroup.com" <mlh@cloudburstgroup.com>, "rachel.bloom@cloudburstgroup.com" <rachel.bloom@cloudburstgroup.com>, Robert Sronce <rsronce@cloudburstgroup.com>, "robert.sronce" <robert.sronce@cloudburstgroup.com>, Samantha Steeves <samantha.steeves@cloudburstgroup.com>, "sara.daines@cloudburstgroup.com" <sara.daines@cloudburstgroup.com>, Simone Flores <simone.flores@cloudburstgroup.com>, "stephanie.jennings@cloudburstgroup.com" <stephanie.jennings@cloudburstgroup.com>, "steven.ellis@cloudburstgroup.com" <steven.ellis@cloudburstgroup.com>, Susan Walsh <susan.walsh@cloudburstgroup.com>, Tarik Labuda <tlabuda@cloudburstgroup.com>, TJ Winfield <tj.winfield@cloudburstgroup.com>, "vwalters@cloudburstgroup.com" <vwalters@cloudburstgroup.com>
Cc: "Williams, Pamela M" <Pamela.M.Williams@hud.gov>, "Byrd, Makeda M" <Makeda.M.Byrd@hud.gov>

Dear Cloudburst Team,

HUD has issued new guidance to comply with the Executive Order titled *"Ending Radical and Wasteful Government DEI Programs and Preferencing,"* effective as of January 20, 2025. As a result, the following work plan(s) identified as having a primary purpose of advancing DEI/EJ are being placed on hold indefinitely:

**Affected Work Plan:**

- CCG-M-22-022 (3589-412) OK-507 Direct TA
- CCG-22-003 (3585-401) HOPWA Equity Cohort II
- CCG-C-19-015 (3545-505) HOPWA Equity
- CCG-M-23-028 (3595-417) ID-500 Direct TA
- CCG-C-23-008 (3591-403) HOPWA 3R On-Call
- CCG-M-23-018 (3595-409) State of Oklahoma Direct TA
- CCG-M-23-020 (3595-411) NC-501 Direct TA
- CCG-M-23-011 (3595-405) CA-506 Direct TA
- CCG-C-20-014 (3561-406) HOPWA Reset, Renew, Recharge On Call
- CCG-C-21-012 (3573-502) HOPWA 3R Tools and Products
- CCG-M-21-001 (3575-401)
- CCG-F-23-003 (5503-501) FHIP Financial Mgmt – Development
- CCG-M-22-021 (3589-605) Community Workshops
- CCG-M-22-018 (3589-409) Regional Teams On-Call
- CCG-M-22-024 (3589-413) Rural CoC SNOFO Direct TA
- CCG-M-22-017 (3589-604) Equal Access Rule Training

The status of your work plan(s) in DRGR has been updated to **"Modified—Resubmit When Ready"** to allow for necessary edits, final billing, and closeout. Please follow the steps outlined below to comply with this directive:

1. Cease all TA design and delivery activities under this work plan as directed on January 22, 2025, via email from the OTA leadership.
2. Adjust the **work plan period of performance (PoP)** to end on February 23, 2025 (30 days from the date of notification).
3. Change the **Administrative/Project Management Task (typically Task 1) PoP** to end on February 23, 2025.
4. Update the PoP for all other TA delivery tasks to end on January 22, 2025.
5. Submit these changes as a modification in DRGR, including the following comment:
   *"Per OTA's instruction to comply with the Executive Order titled 'Ending Radical and Wasteful Government DEI Programs and Preferencing,' this work plan is cancelled."*
6. Submit final billing for work completed and final work plan closeout costs within 30 days.
7. Complete the work plan closeout in DRGR.

HUD appreciates your prompt attention to these actions. If you have questions or encounter any issues during this process, please do not hesitate to reach out to your assigned GTR or OTA management for further guidance.

Thank you for your understanding and cooperation.

Office of Technical Assistance Team