

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-7000

February 25, 2025

Michelle Hayes
Cloudburst Consulting Group
8400 Corporate Drive
 Suite 550
Landover, MD 20785-2238

*Subject: Termination notice for all Technical Assistance Awards*

Dear Ms. Michelle Hayes,

The United States Department of Housing and Urban Development (HUD), at the direction of the President of the United States pursuant to the Executive Order "Establishing and Implementing the President's 'Department of Government Efficiency'", and at the direction of said Department of Government Efficiency (DOGE), issues this notice of termination according to 2 CFR 200 subpart D. This notice serves to inform Cloudburst Consulting Group that HUD intends to terminate the subject awards effective February 25, 2025.

HUD is terminating these awards, as directed by the Department of Government Efficiency, on the basis that Cloudburst Consulting Group's operations and performance in connection with the subject awards is not in compliance with the Executive Order titled "Ending Radical and Wasteful Government DEI Programs and Preferencing".

Effective February 25, HUD intends to terminate the balance remaining, pending final billing, of all obligations and activities under the following subject award(s):

- F-18-TA-MD-0006: $21,107.65
- F-19-TA-MD-0006: $117,509.54
- F-20-TA-MD-0006: $71,376.32
- F-21-TA-MD-0006: $123,200.75
- F-22-TA-MD-0006: $647,050.54
- F-23-TA-MD-0006: $1,107,039.22

Cloudburst Consulting Group is required to agree with the termination conditions below. For awards made prior to August 13, 2020, submit complete the closeout actions below within 90 days of termination.  For awards made after August 13, 2020, complete the closeout actions below within 120 days of termination.

1. **Deliverables:** Provide HUD with the latest version of all deliverables
2. **Final Billing:** Submit final billing in DRGR for all work conducted prior to February 25th and subsequent closing costs.
   a. Costs related to closeout actions may be billed to the Administration work plan for the applicable award only. The estimate should be based upon previously incurred, final billing and closeout costs on another award. If the

actual costs for submission are lower than what had been billed, the Recipient will reimburse HUD for the overcharges after the award is closed.

3. **Final Performance Report:** Submit the final performance report in DRGR, **marked as final**.

4. **Submit Closeout Request in DRGR:** When you submit the closeout request, you'll need to upload a completed Closeout Certification form and then click submit.  Please be sure the correct authorized representative for your organization, as recorded in DRGR, signs the form.

Additional details on closing your award can be found at Award Closeout (sharepoint.com), this site contains the closeout guidance, training and the closeout forms.

Cloudburst Consulting Group may appeal HUD's decision to terminate the subject award by sending an e-mail to communitycompass@hud.gov. Any appeals must be delivered to communitycompass@hud.gov within 60 calendar days of the date of this letter.

HUD appreciates the efforts your organization has made in administering this technical assistance award and values the partnership we have shared throughout this process. If you have any questions regarding this notice or require assistance with the closeout process, please contact communitycompass@hud.gov.

Sincerely,

Matthew E. Ammon
Acting Deputy Secretary
U.S. Department of Housing and Urban
Development