UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.,

        *Plaintiffs,*

    v.

DONALD J. TRUMP, et al.,

        *Defendants.*

Civil Action No. 25-cv-00471

## NOTICE

On March 19, 2025, at the hearing on Plaintiffs' Motion for a Preliminary Injunction, Judge Timothy J. Kelly, currently assigned to the case, notified the parties that his wife is the Director of the D.C. Department of Transportation ("DDOT"). Judge Kelly further stated that he does not believe that the challenged provisions of the Executive Orders "apply to a slice of the District government" and invited factual clarification on the issue. Plaintiffs file this notice for the sole purpose of providing such factual clarification.

As a District agency responsible for the management of transportation infrastructure and operations in Washington, D.C., DDOT appears to receive grants from the federal government, including the U.S. Department of Transportation. It uses federal funding for various projects involving road, bridge, and tunnel construction as well as certain projects that advance certain "equity" goals.[1]

---

[1] DDOT's Funding Dashboard suggests it receives federal funding for Planning, Management & Compliance – 100791/PM000A – Federal/Appendix H "Audit and Compliance" and "Civil Rights – On-the-Job Training Supportive Services" projects. *See Budget & Forecast*, District Department of Transportation, https://dataviz1.dc.gov/t/OCTO/views/CombinedCapitalProjectFundingTableFY2025/ComboCapitalBudgetFY25Dash?%3AshowAppBanner=false&%3Adisplay_count=n&%3AshowVizHome=n&%3Aorigin=viz_share_link&%3Aembed=yes&%3Atoolbar=no (last visited Mar. 20, 2025).

Dated: March 24, 2025                                      Respectfully submitted,

      /s/ *Stacey K. Grigsby*

Jin Hee Lee, DC Bar No. 1740850                Stacey K. Grigsby, DC Bar No. 491197
Gabriel Diaz, DC Bar No. 991618                Sarah E. Harrington, DC Bar No. 219218
Donya Khadem, DC Bar No. 1719557               Alison DiCiurcio, DC Bar No. 1601410
NAACP LEGAL DEFENSE &                          COVINGTON & BURLING LLP
    EDUCATIONAL FUND, INC.                 850 Tenth Street, NW
700 14th Street NW, Suite 600                  Washington, DC 20001
Washington, DC 20005                           (202) 662-6000
(202) 682-1300                                 sgrigsby@cov.com
jlee@naacpldf.org                              sharrington@cov.com
gdiaz@naacpldf.org                             adiciurcio@cov.com
dkhadem@naacpldf.org

                                                       Nicholas E. Baer, DC Bar No. 1672517
Leah Wong                                      James H. Fitch, DC Bar No. 1780894
NAACP LEGAL DEFENSE &                          COVINGTON & BURLING LLP
    EDUCATIONAL FUND, INC.                 620 Eighth Avenue
40 Rector Street, 5th Floor                    New York, NY 10018
New York, NY 10006                             (212) 841-1000
(212) 965-2200                                 nbaer@cov.com
lzwong@naacpldf.org                            jhfitch@cov.com

Camilla B. Taylor, DC Bar No. IL0098
Kenneth D. Upton, Jr., DC Bar No. 1658621
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, IL 60613
(312) 605-3225
ctaylor@lambdalegal.org
kupton@lambdalegal.org

Jose Idio Abrigo
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(646) 307-7406
jabrigo@lambdalegal.org

Pelecanos
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260

Los Angeles, CA 90017*
(323) 370-6909
pelecanos@lambdalegal.org

*Address for mailing purposes only

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on March 24, 2025, the foregoing Notice was filed through the CM/ECF system and sent electronically to the participants identified on the Notice of Electronic Filing.

                                                   */s/ Stacey K. Grigsby*
                                                   Stacey K. Grigsby (DC Bar No. 491197)
                                                   Covington & Burling LLP