UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.

        *Plaintiffs*,

   v.

DONALD J. TRUMP, et al.

        *Defendants*.

Civil Action No. 1:25-cv-00471

### NOTICE OF SUPPLEMENTAL AUTHORITY

    On March 28, 2025, Plaintiffs submitted a Notice of Supplemental Authority, ECF No. 50, regarding the temporary restraining order ("TRO") in *Chicago Women in Trades v. Trump*, No. 1:25-cv-02005, ECF No. 53, (N.D. Ill. 2025) ("CWIT"). Plaintiffs now submit the instant Notice to inform the Court that on April 1, 2025, the District Court in *CWIT* issued an Amended Temporary Restraining Order ("Ex. A").

    The Amended TRO clarifies that the scope of the order with respect to the Termination Provision includes not only awards, contracts, or obligations to which CWIT is a primary awardee, grantee, or contractor, but also any awards, contracts or obligations to which CWIT acts as the "sub-awardee, sub-grantee, or sub-contractor." Am. TRO, Ex. A, at 2.

1

Dated: April 2, 2025

Stacey K. Grigsby, DC Bar No. 491197
Sarah E. Harrington, DC Bar No. 219218
Alison DiCiurcio, DC Bar No. 1601410
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
sgrigsby@cov.com
sharrington@cov.com
adiciurcio@cov.com

Nicholas E. Baer, DC Bar No. 1672517
James H. Fitch, DC Bar No. 1780894
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
nbaer@cov.com
jhfitch@cov.com

Camilla B. Taylor, DC Bar No. IL0098
Kenneth D. Upton, Jr., DC Bar No. 1658621
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, IL 60613
(312) 605-3225
ctaylor@lambdalegal.org
kupton@lambdalegal.org

Jose Idio Abrigo
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(646) 307-7406
jabrigo@lambdalegal.org

Pelecanos
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260

Respectfully submitted,

/s/ *Jin Hee Lee*
Jin Hee Lee, DC Bar No. 1740850
Gabriel Diaz, DC Bar No. 991618
Donya Khadem, DC Bar No. 1719557
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jlee@naacpldf.org
gdiaz@naacpldf.org
dkhadem@naacpldf.org

Leah Wong
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
lzwong@naacpldf.org

Los Angeles, CA 90017*
(323) 370-6909
pelecanos@lambdalegal.org

*Address for mailing purposes only

**CERTIFICATE OF SERVICE**

  I hereby certify that, on April 2, 2025, the foregoing notice was filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                  /s/ *Jin Hee Lee*
                  Jin Hee Lee
                  NAACP LEGAL DEFENSE &
                  EDUCATIONAL FUND, INC.