IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 25-cv-471 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully file a notice of supplemental authority in connection with Plaintiffs' pending Motion for a Preliminary Injunction. *See* ECF No. 29.

On March 28, 2025, Plaintiffs filed a Notice of Supplemental Authority, *see* ECF No. 50, attaching a Memorandum Opinion and Order granting a motion for a temporary restraining order with respect to the Termination Provision and the Certification Provision, *see Chicago Women in Trades v. Trump* (*CWIT*), No. 1:25-cv-02005, ECF Nos. 52 & 53 (N.D. Ill. 2025).

On April 14, 2025, the *CWIT* court issued a Memorandum Opinion with respect to plaintiff's motion for a preliminary injunction. *See id.* ECF No. 68 (attached hereto as Ex. A). Following additional briefing, argument, and time to reconsider, the court correctly concluded that plaintiff was not likely to succeed on its First and Fifth Amendment challenges to the Termination Provision. *See id.* at 26-36.[1]

Respectfully submitted,

---

[1] Defendants dispute *CWIT*'s conclusions with respect to the remaining issues.

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director


*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

<em>/s/ Pardis Gheibi</em>