**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

NATIONAL URBAN LEAGUE, et al.,

*Plaintiffs,*

v.                                                                                          Civil Action No. 25-cv-00471

DONALD J. TRUMP, et al.,

*Defendants.*

**JOINT MOTION CONCERNING AMENDED AND SUPPLEMENTAL COMPLAINT**
**AND SCHEDULE FOR DEFENDANTS' RESPONSE AND SUBSEQUENT BRIEFING**

Plaintiffs National Urban League ("NUL"), National Fair Housing Alliance ("NFHA"),

and AIDS Foundation of Chicago ("AFC") (collectively "Plaintiffs") and Defendants Donald J.

Trump, in his official capacity as President of the United States; the Office of Management and

Budget ("OMB"); Russel Vought, Director of OMB; the Office of Federal Contract Compliance

Programs ("OFCCP"); Catherine Eschbach, the Director of OFCCP; the U.S. Department of Labor

("DOL"); Lori Chavez-DeRemer, the U.S. Secretary of Labor; the U.S. Department of Health and

Human Services ("HHS"); Robert F. Kennedy, Jr., the Secretary of HHS; the U.S. Department of

Commerce ("DOC"); Howard Lutnick, the Secretary of Commerce; the U.S. Department of

Housing and Urban Development ("HUD"); Scott Turner, the HUD Secretary; the U.S.

Department of Agriculture ("USDA"); Brooke Rollins, the Secretary of Agriculture; the National

Institutes of Health ("NIH"); Jayanta Bhattacharya, the Director of NIH; the Health Resources and

Services Administration ("HRSA"); Thomas Engels, the Administrator of HRSA; the Centers for

Disease Control and Prevention ("CDC"); Mandy Cohen, the Director of CDC; Administration for

Community Living ("ACL"); Mary Lazare, the Principal Deputy Administrator of ACL; the U.S.

Environmental Protection Agency ("EPA"); Lee Zeldin, the Administrator of the EPA; the

Department of Justice ("DOJ"); and Pamela Jo Bondi, the U.S. Attorney General (collectively, "Defendants," and together with Plaintiffs, the "Parties") jointly move this Court to grant Plaintiffs leave to supplement pleadings pursuant to Fed. R. Civ. P. 15(d), and to set a schedule for Plaintiffs to file an amended and supplemented complaint, for Defendants to respond to the amended and supplemental complaint, and for the Parties' briefing should Defendants move to dismiss the amended and supplemental complaint. In support of this motion, the Parties state as follows:

1.     On February 19, 2025, Plaintiffs filed a complaint for declaratory and injunctive relief against Defendants (the "Complaint"). *See* ECF 1.

2.     On February 28, 2025, Plaintiffs filed a motion for a preliminary injunction (the "Motion for Preliminary Injunction"). *See* ECF 29.

3.     On April 11, 2025, Defendants filed a consent motion for extension of time (the "Motion for Extension") asking the Court for "an extension of time to respond to the complaint until 28 days following the Court's decision on Plaintiffs' preliminary injunction motion." ECF 54, at 2.

4.     On April 14, 2025, the Court issued a minute order granting Defendants' Motion for Extension and directing Defendants to answer or otherwise respond to the Complaint "no later than 28 days after the Court issues its decision on Plaintiffs' Motion for Preliminary Injunction."

5.     On May 2, 2025, the Court issued an order (the "Preliminary Injunction Order") denying Plaintiffs' Motion for Preliminary Injunction. *See* ECF 56.

6.     Thus, under the Court's April 14, 2025 order, Defendants' response to the Complaint is currently due no later than May 30, 2025.

7.     Following this Court's Preliminary Injunction Order, counsel for the Parties have conferred. Defendants indicated their intent to move to dismiss the Complaint. Plaintiffs indicated

their desire to amend their Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1).  Additionally, in light of events that have occurred after Plaintiffs filed their initial Complaint, some of which were referenced in Plaintiffs' briefing and declarations in support of their Motion for Preliminary Injunction, Plaintiffs indicated their desire to supplement their Complaint pursuant to Fed. R. Civ. P. 15(d).  The Parties further agreed that in light of the forthcoming amended and supplemental complaint, it would be inefficient for Defendants to file a motion to dismiss on the current deadline of May 30, 2025.

8.      The Parties accordingly propose the following schedule: Plaintiffs shall file their amended and supplemental complaint on or before June 27, 2025.  Defendants shall file their response to the amended and supplemental complaint on or before July 25, 2025.  If Defendants move to dismiss, Plaintiffs shall file their opposition on or before August 22, 2025, and Defendants shall file their reply on or before September 5, 2025.

9.      The Parties reserve all rights to make filings earlier than the dates proposed above, as well as to decide to proceed in a different manner than outlined above.  The Parties will notify the Court of any anticipated change to the above schedule.

10.     The Parties therefore respectfully request an order granting Plaintiffs leave to file an amended and supplemental complaint, vacating the current deadline of May 30, 2025 for Defendants' response to the initial Complaint, and adopting the schedule set forth above.

Dated: May 20, 2025

Yaakov M. Roth
Acting Assistant Attorney General
Civil Division

Joseph E. Borson
Assistant Branch Director

    /s/ *Pardis Gheibi*

Pardis Gheibi, D.C. Bar No. 90004767
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 305-3246
pardis.gehibi@usdogj.gov

*Attorneys for Defendants*

Respectfully submitted,

    /s/ *Stacey K. Grigsby*

Stacey K. Grigsby, DC Bar No. 491197
Sarah E. Harrington, DC Bar No. 219218
Alison DiCiurcio, DC Bar No. 1601410
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
sgrigsby@cov.com
sharrington@cov.com
adiciurcio@cov.com

Nicholas E. Baer, DC Bar No. 1672517
James H. Fitch, DC Bar No. 1780894
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
nbaer@cov.com
jhfitch@cov.com

Jin Hee Lee, DC Bar No. 1740850
Gabriel Diaz, DC Bar No. 991618
Donya Khadem, DC Bar No. 1719557
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jlee@naacpldf.org
gdiaz@naacpldf.org
dkhadem@naacpldf.org

Leah Wong
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
lzwong@naacpldf.org

Camilla B. Taylor, DC Bar No. IL0098
Kenneth D. Upton, Jr., DC Bar No. 1658621

LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, IL 60613
(312) 605-3225
ctaylor@lambdalegal.org
kupton@lambdalegal.org

Jose Idio Abrigo
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(646) 307-7406
jabrigo@lambdalegal.org

Pelecanos
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017*
(323) 370-6909
pelecanos@lambdalegal.org

*Address for mailing purposes only

*Attorneys for Plaintiffs*

5

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 20, 2025, the foregoing Plaintiffs'

Joint Motion Concerning Plaintiffs' Amended and Supplemental Complaint and Schedule for

Defendants' Response and Subsequent Briefing was filed through the CM/ECF system and sent

electronically to the participants identified on the Notice of Electronic Filing.


*/s/ Stacey K. Grigsby*
Stacey K. Grigsby (DC Bar No. 491197)
Covington & Burling LLP