IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*, | Case No. 25-cv-471 |
| Plaintiffs, | |
| v. | |
| Donald J. Trump, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby respectfully move to dismiss Plaintiffs' Amended Complaint, ECF No. 68, for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The reasons supporting this motion are set forth in the accompanying memorandum. A proposed order is attached.

DATED: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*