# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Case No. 25-cv-471 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that this case is DISMISSED.

SO ORDERED.


Dated: _____                          _____
                                           Timothy J. Kelly
                                           United States District Judge