# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.,

*Plaintiffs*,

    v.

DONALD TRUMP, in his official capacity as
President of the United States, et al.,

*Defendants*.

No. 1:25-cv-00471-TJK

## CONSENT MOTION TO FILE AMICUS BRIEF

Do No Harm seeks leave to file the attached amicus brief in support of Defendants' motion to dismiss the amended complaint. *See* Dkt.70. This Court previously granted Do No Harm leave to participate as an amicus in this case, Dkt.39 at 10, recognizing Do No Harm's unique interests and arguments in this case, *see* Dkt.40 at 3. Do No Harm's proposed amicus brief here will likewise help the Court, and no party will be prejudiced because Do No Harm filed its brief well before Plaintiffs' response to Defendants' motion to dismiss is due. Both Plaintiffs and Defendants consent to Do No Harm filing its amicus brief.

This Court should grant Do No Harm leave to file the attached amicus brief in support of Defendants' motion to dismiss the amended complaint.

Dated: August 22, 2025                     Respectfully submitted,

                                           */s/ Cameron T. Norris*
                                           Thomas R. McCarthy (DC Bar
                                           #489651)
                                           Cameron T. Norris
                                           Frank H. Chang (DC Bar #1686578)
                                           Paul R. Draper*
                                           CONSOVOY MCCARTHY PLLC
                                           1600 Wilson Boulevard
                                           Suite 700
                                           Arlington, VA 22209
                                           (703) 243-9423
                                           tom@consovoymccarthy.com
                                           cam@consovoymccarthy.com
                                           frank@consovoymccarthy.com
                                           paul@consovoymccarthy.com

                                           *\* pro hac vice*

                                           *Counsel for Do No Harm*

## CERTIFICATE OF SERVICE

I e-filed this motion and its attachments with the Court via ECF, which will email everyone requiring service.

Dated: August 22, 2025                     */s/ Cameron T. Norris*
                                           Counsel for Do No Harm