IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL URBAN LEAGUE, et al.,

          *Plaintiffs*,

v.

DONALD TRUMP, in his official capacity as President of the United States, et al.,

          *Defendants*.

No. 1:25-cv-00471-TJK

## [PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

Before the Court is Do No Harm's motion for leave to file an amicus brief in support of Defendants' motion to dismiss the amended complaint. *See* Dkt.70.

It is hereby ORDERED that the motion is GRANTED.

It is FURTHER ORDERED that Amicus Curiae Do No Harm's proposed amicus brief attached to their motion is hereby accepted as filed.

Dated: _____, 2025

_____
Timothy J. Kelly
United States District Judge
District of Columbia