UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al. *Defendants*. | Civil Action No. 25-471 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, ECF No. 70, Plaintiffs' Memorandum in Opposition, and the Defendants' reply, it is, this ____ day of _____, hereby ORDERED that Defendants' Motion is DENIED.

_____
Hon. Timothy J. Kelly
U.S. District Judge