IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 25-cv-471 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully file a notice of supplemental authority in connection with their Motion to Dismiss. *See* ECF No. 70.

On February 6, 2026, the Fourth Circuit unanimously vacated the District of Maryland's preliminary injunction with respect to the Certification Provision, Termination Provision, and Reporting Provision of Executive Order 14,151 and Executive Order 14,173. *See Nat'l Ass'n of Diversity Officers in Higher Educ. v. Trump*, No. 25-1189 (Feb. 6, 2026), ECF No. 106 (attached hereto as Ex. A).

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    JOSEPH E. BORSON
    Assistant Branch Director

                                                              <u>*/s/ Pardis Gheibi*</u>
                                                              PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*